IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SCRANTON   DIVISION

---

```
-------------------- X
MONTALBAN JOSE et,al.    )      MOTION FOR ADD DOCUMENTS
   PLAINTIFF             )
                         )      AS (PHOTOS) AS EXHIBITS
VS.                      )
                         )      CIVIL CASE COMPLAINT:
                         )
PEDONE ANTHONY,et,al.    )
   DEFENDANTS:           )
                         )
                         )
---------------------X
```

FILED
SCRANTON
FEB - 3 2017
PER _____
DEPUTY CLERK

---

RE:                          MOTION

REQUEST TO TEH OFFICE OF THE CLERK, FOR THE ACEPTED OF THE DOCUMENTS AND PHOTOS, AS EXBITS FOR THE CIVIL CASE ABOVE.

AT A MEMBER OF MY FAMILY SEND TO THE OFFCIE OF TEH CLERK THE PHOTOS AS EXBITS FOR MY CIVIL CASE.

ALSO I REQUIRED AT A COPY OF THE RECEIVED OF THIS MOTION FOR MYS PERSONAL FILE,.

THANK   YOU.

DATE: JAN/27/2017

SUBMITTED BY
01/27/2017
MONTALBAN, JOSE
REG,NO#11497-179
federal correctional complex
usp-1, coleman
p.o.box 1033/h-unit
Coleman,FL.33521