# IN THE UNITED STATES DISTRICT COURT

## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

---

| | |
|---|---|
| ------------------------------------ X | AMENDED |
| MONTALBAN JOSE, <br>   plaintiff | COMPLAINT " |
| | |
| VS. | CIVIL CASE NO: |
| | "1:17-cv-212 " |
| POWELL,FNU,et,al. | |
| PEDONE,ANTHONY | |
| JOHN GINTZ | |
| JOHN DOE ( LIUTENANT IN R&D ) | |
| BRENNAN MARK | FILED |
| VERBYLA,WILLIAMS | SCRANTON |
| GLOSSENGER,JASON | |
| MODDROFF,FNU | APR 2 4 2017 |
| VRABEL,COREY | |
| JOHN DOE ( IN BLUE UNIFORM ) | |
| JOHN DOE ( IN BLACK UNIFORM ) | PER ___ DEPUTY CLERK |
| DOBUSHAK,WALTER | |
| BURGERHOLLFF,PATRICIA | |
| KABONICK,M. | |
| TUTTLE,JARRET | |
| MAZZA OR MACCA,FNU | |
| JOHN'S DOE'S ( IN R&D ) | |
| COOK,DUSTIN M. | |
| JOHANSON,CAROLINE M. | |
| JOHN DOE ( LIUTENANT IN INTERVIEW/FBI.) | |
| ------------------------------------x | |

" ALL FBOP STAFF FROM USP-CANNAN IN THEIR INDIVIDUALLY AND THE

OFFICIAL CAPACITIES" "  UNDER COLOR OF FEDERAL LAW "

## "" JURISDICTION

THIS IS A CIVIL ACTION AUTHORIZED BY 42 U.S.C § 1983,1985,1986
TO REDRESS THE DEPRIVATION UNDER COLOR OF STATE OR FEDERAL LAW
OF RIGHTS SECURED BY THE CONSTITUTION OF THE UNITED STATES OF
AMERICA,.

BIVEN V. SIX UNKNOWN NAMED AGENTS OF THE FEDERAL BUREAU
OF NARCOTICS", 403 u.s. 388,91 S.ct.(1999) 29 L. Ed. 2d 619
¶(1991)",.

## PLAINTIFF:

I MONTALBAN JOSE, IS AND WAS AT ALL TIMES MENTIONED HEREIN THIS
COMPLAINT AN INMATE UNDER THE CUSTODY OF THE FEDERAL BUREAU OF
PRISONS (FBOP) " HEREIN AFTER REFERENCED AS THE FBOP.
AND AT PRISONER OF THE UNITED STATES OF AMERICA.

WHERE HIS COMPLAINT ARISES WHILE IN CUSTODY AT
USP-CANNAN,WAYMART,PA.

DURING THE PERIODS ALLEGED HEREIN PLAINTIFF,RESIDING AT USP
CANNAN,PA. AND IS CURRENTLY STILL HELD AT FCC-COLEMAN,FLORIDA.
USP_1 ,COLEMAN,FL.

PLAINTIFF,MONTALBAN JOSE, FILED A CIVIL COMPLAINT AGAINST
DEFENDANTS CORRECTIONALS OFFICERS WITH DIFFERENTS TITTLES AND
ALLEGING THAT THE C/O VIOLATED THE FIRST,FITH,EIGHT AND THE
FOURTHEENTH AMENDMENTS OF THE UNITED STATES CONSTITUTION.

PLAINTIFF ALLGED THAT THE SUPERVISOR AND THE CORRECTIONAL
OFFICERS ASSAULT AND BEATING HIM ,WHEN HE WAS ALREADY INCAPACITATED
ALREADY IN HANDSCUFFED AND SCHUCKLEDD,LYING ON THE FLOOR GROUN.

( 1-a )

## I.   PLAINTIFF:

State your full name, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff:  MONTALBAN   JOSE

Inmate Number   # 11497-179

Prison or Jail:  FCC-USP-1,COLEMAN

Mailing address:  FEDERAL  CORRECTIONAL  COMPLEX

p.o.box 1033/h-unit, COLEMAN,FL.33521

## II.   DEFENDANT(S):

State the name of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address.  Do the same for every Defendant:

(1)    Defendant's name:  POWELL,FNU,et,al.

Official position:  LIUETENANT OPERATIONS

Employed at:  (FBOP ) USP-CANNAN

Mailing address: 3057 EASTON   TURNPIKE

WAYMART, PENNSYLVANIA, 18472

(2)    Defendant's name:  PEDONE, ANTHONY

Official position: LIUETENANT OPERATIONS

Employed at:  ( FBOP ) USP-CANNAN

Mailing address: 3057 EASTON   TURNPIKE

WAYMART, PENNSYLVANIA, 18472

(3)    Defendant's name:  " ATTACHED COPIES "

Official position:

Employed at:

Mailing address:

## ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS

DEFENDANT: BRENNAN, MARK

OFFICIAL POSITION: FOOD SERVICE SUPERVISOR

EMPLOYED AT: ( FBOP ) USP-CANNAN

MAILING ADDRESS:                    TURNPIKE

  WAYMART, PENNSYLVANIA.


DEFENDANT: WISNIESKY, ANDREW

OFFICIAL POSITION:FOOD SERVICE SUPERVICSOR

EMPLOYED AT: ( FBOP ) USP-CANNAN"

MAILING ADDRESS:                    TURNPIKE

  WAYMART, PENNSYLVANIA.


DEFENDANT:  MACCA OR MAZZA,FNU

OFFICIAL POSITION: CORRECTIONAL OFFICER

EMPLOYED AT: ( FBOP ) USP-CANNAN

MAILING ADDRESS: 3057 EASTON   TURNPIKE

   WAYMART, PENNSYLVANIA.  18472


DEFENDANT:   JOHN  DOE

OFFICIAL POSITION: ( LIUTENANT IN INTERVIEW/FBI.)

EMPLOYED AT:  ( FBOP ) USP-CANNAN

MAILING ADDRESS:3057 EASTON      TURNPIKE

    WAYMART, PENNSYLVANIA.  18472


DEFENDANT:  JOHN'S  DOE'S

OFFICIAL POSITION: CORRECTIONAL OFFICERS (R&D)

EMPLOYED AT: ( FBOP ) USP-CANNAN

MAILING ADDRESS: 3057 EASTON    TURNPIKE

   WAYMART, PENNSYLVANIA.  18472


( 2 )

DEFENDANT: WILLIAMS,VERBYLA

OFFICIAL POSITION:"CORRECTIONAL OFFICER "

EMPLOYED AT:  ( FBOP )"USP-CANNAN"

MAILING ADDRESS:3057 EASTO TURNPIKE

WAYMART,PENNSYLVANIA. 18472


DEFENDANT: VRABEL, COREY

OFFICIAL POSITION: CORRECTIONAL OFFICER"

EMPLOYED AT:  ( FBOP )"USP-CANNAN"

MAILING ADDRESS:3057 EASTON TURNPIKE

WAYMART, PENNSYLVANIA. 18472


DEFENDANT: GLOSSENGER,JASON

OFFICIAL POSITION: CORRECTIONAL OFFICER

EMPLOYED AT:  (FBOP )"USP-CANNAN"

MAILING ADDRESS:3057 EASTO TURNPIKE

WAYMART, PENNSYLVANIA. 18472


DEFENDANT: MODDROFF,FNU

OFFICIAL POSITION:CORRECTIONAL OFFICER

EMPLOYED AT:  ( FBOP )"USP-CANNAN"

MAILING ADDRESS:3057 EASTON TURNPIKE

WAYMART, PENNSYLVANIA. 18472


DEFENDANT: POWELL,FNU

OFFICIAL POSITION: LIUTENANT OPERATIONS

EMPLOYED AT:  ( FBOP )"USP-CANNAN"

MAILING ADDRESS:3057 EASTO TURNPIKE

WAYMART, PENNSYLVANIA. 18472

DEFENDANT: __JOHN DOE (IN BLUE UNIFORM )__

OFFICIAL POSITION:__CORRECTIONAL OFFICER__

EMPLOYED AT: __( FBOP )" USP-CANNAN"__

MAILING ADDRESS:__3057EASTO TURNPIKE__

__WAYMART, PENNSYLVANIA. 18472__


DEFENDANT:__JOHN DOE ( IN BLACK UNIFORM )__

OFFICIAL POSITION:__CORRECTIONAL OFFICER__

EMPLOYED AT:____( FBOP ) " USP-CANNAN"__

MAILING ADDRESS:__3057EASTON TURNPIKE__

__WAYMART, PENNSYLVANIA. 18472__


DEFENDANT:__GINTZ, JOHN__

OFFICIAL POSITION:__S.I.O.__

EMPLOYED AT:__( FBOP)" USP-CANNAN"__

MAILING ADDRESS:__3057EASTON  TURNPIKE__

__WAYMART, PENNSYLVANIA.  18472__


DEFENDANT:__JOHN DOE'S (IN R&D )__

OFFICIAL POSITION:__LIUTENANT__

EMPLOYED AT:__( FBOP )" USP-CANNAN"__

MAILING ADDRESS:__3057EASTON TURNPIKE__

__WAYMART,PENNSYLVANIA.  18472__


DEFENDANT:__DOBUSHAK,WALTER__

OFFICIAL POSITION:( MD )"__MEDICAL STAFF__"

EMPLOYED AT:___( FBOP )" USP-CANNAN"__

MAILING ADDRESS:__3057EASTON TURNPIKE__

__WAYMART, PENNSYLVANIA. 18472__

DEFENDANT:  BURGERHOLLFF,PATRICIA

OFFICIAL POSITION:    ( R.N. )" MEDICAL STAFF"

EMPLOYED AT:  ( FBOP ) "USP-CANNAN"

MAILING ADDRESS:3057EASTON TURNPIKE

WAYMART, PENNSYLVANIA. 18472


DEFENDANT: KABONICK,M.

OFFICIAL POSITION:  EMT-P " MEDICAL STAFF"

EMPLOYED AT:    ( FBOP )" USP-CANNAN"

MAILING ADDRESS:3057EASTON TURNPIKE

WAYMART, PENNSYLVANIA. 18472


DEFENDANT:  TUTTLE,,JARRET

OFFICIAL POSITION: EMT-P "MEDICAL STAFF"

EMPLOYED AT:  ( FBOP )" USP-CANNAN"

MAILING ADDRESS:3057 EASTON  TURNPIKE

WAYMART, PENNSYLVANIA. 18472


DEFENDANT: COOK, DUSTIN M.

OFFICIAL POSITION: PSY,D. (DRUG ABUSE PRO.COORD. )

EMPLOYED AT:    ( FBOP )" USP-CANNAN"

MAILING ADDRESS:3057 EASTON TURNPIKE

WAYMART, PENNSYLVANIA.  18472


DEFENDANT:  JOHANSON, CAROLINE M.

OFFICIAL POSITION: PHD. STAFF PSYCH. )

EMPLOYED AT:    ( FBOP )" USP-CANNAN"

MAILING ADDRESS:3057 EASTON  TURNPIKE

WAYMART, PENNSYLVANIA. 18472

**NOTE: THE COURT WILL NOT REVIEW THE COMPLAINT UNLESS THE
FOLLOWING QUESTIONS HAVE BEEN ANSWERED <u>IN FULL</u>.**

## III.   EXHAUSTION OF ADMINISTRATIVE REMEDIES

**Exhaustion of administrative remedies is required prior to pursuing a civil rights action
regarding conditions or events in any prison, jail or detention center. 42 U.S.C. §
1997e(a). Plaintiff is warned that any claims for which the administrative grievance
process was not completed prior to filing this lawsuit may be subject to dismissal.**

## IV.   PREVIOUS LAWSUITS

**NOTE: FAILURE TO DISCLOSE ALL PRIOR CIVIL CASES
MAY RESULT IN THE DISMISSAL OF THIS CASE.**

A.    Have you initiated other actions in **state court** dealing with the same or similar
facts/issues involved in this action?

Yes( )                         No(X)

1.    Type of action (civil rights, habeas corpus, etc.): _____

2.    Parties to previous action:

   a.    Plaintiff(s): _____

   b.    Defendant(s): _____

3.    County and judicial circuit: _____

4.    Case docket #: _____

5.    Approximate filing date: _____

6.    If not still pending, date of dismissal: _____

7.    Basis of dismissal: _____

8.    Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list state court cases.)**

3

B.    Have you initiated other actions in **federal court** dealing with the same or similar facts/issues involved in this action?

Yes( X )                        No(  )

1.    Type of action (civil rights, habeas corpus, etc.): Civil Rights

2.    Parties to previous action:

    a.    Plaintiff(s): Montalban Jose # 11497-179

    b.    Defendant(s): Mr. CHARLES E. SAMUEL (et.al.)

3.    District and judicial division: For the Middle District of Florida

4.    Case docket #: Attached page !!    5.  Approximate filing date: 6/20/2016

6.    If not still pending, date of dismissal: _____

7. Basis of dismissal: _____

8. Facts and claims of case: Plaintiff alleged that the Defendants conspired and retaliated against Him, Attached page!!

**(Attach additional pages as necessary to list other federal court cases.)**

C.    Have you initiated other actions (*besides those listed above in Questions (A) and (B)*) in **either state or federal court** that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode; and whether it involved excessive force or some other wrong)?

Yes( XX )                    No (  )

If YES, describe each action in the space provided below. If more than one, describe all additional cases on a separate piece of paper, using the same format as below.

1.    Type of action (civil rights, habeas corpus, etc.):" INJUCTIVE RELIEF "
                                                  CIVIL RIGHTS ACTION"

2.    Parties to previous action:

    a.    Plaintiff(s):  MONTALBAN JOSE  (pro se  )

    b.    Defendant(s): TAMYRA JARVIS (WARDEN ) AT USP-1,COLEMAN
          FEDERAL CORRECTIONAL COMPLEX

4

FROM THE PAGE # 4;

B).⁓

3)   OCALA   DIVISION

4)   CASE DOCKET NO: 5:16-cv-405-oc-10prl

8)   ACTED WITH DELIBERATED INDIFFERENCE TO HIS MEDICA$L
     NEED'S  DEPRIVED HIM OF HIS LIBERTY AND PROPERTY,
     AND VIOLATED HIS FIRST, FITH, SIXTH, EIGHTH, AND THE
     FOURTEENTH AMENDMENT OF THE  U. S. CONSTITUTION.

( 4-1 )

3.   District and judicial division: "IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA"

4.   Case docket #: 5:15-cv-635-oc -10PRL"   5. Approximate filing date: 12/21/2015

6.   If not still pending, date of dismissal: " 04/26/2016 "

7.   Reason for dismissal: "FOR FAILED TO PAY THE REQUIRED FILING

8.   Facts and claims of case: "DENYING,INTERFERING,& ACCESS TO THE COURTS,NEED AT MEDICAL TREATMENT "

**(Attach additional pages as necessary to list cases.)**

D.   Have you ever had, either while you were incarcerated or while you were not incarcerated, any actions in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service? If so, identify each and every case so dismissed:

Yes(   )                    No(X)

1.   Type of action (civil rights, habeas corpus, etc.): _____

2.   Parties to previous action:

   a.   Plaintiff(s): _____

   b.   Defendant(s): _____

3.   District and judicial division: _____

4.   Name of judge: _____ Case Docket # _____

5.   Approximate filing date: _____ Dismissal date: _____

6.   Reason for dismissal: _____

**(Attach additional pages as necessary to list cases.)**

● ● ● ● ● ● ● ● ● ● ● ● ● ●

- Continue to next page -

" STATEMENT OF FACTS:

On the day in fact, December 28, 2012, Plaintiff approached for the final time in front of his office door Food Supervisor Mr. Andrew Wisniewski, where he proceeded to ask him if his pay was going to be corrected. At that point  Mr., Wisniewski became offensive and stated while tossing a pack of Common Fare Sardines at me where it slid in front of me on the floor like he expected me to pick it up like a common beggar, "Heres your fucking pay, and bonus too now get out from in front of my face..." while my detail supervisor Mr. Brennan was laughing at me. All this transpired in front of other inmate Food Service workers and several kitchen cameras.

Plaintiff asserts after this incident that both Food Service supervisors Brennan & Wisniewski had continued to taunt him and make fun of him all the while he was performing his duties and in the presence of other inmates too. These "taunts and jokes"

Now what is not known and was never presented to the Third Circuit Courts is what is known inside the FBOP inmate system as "politics". These "politics" is what governs the inmates within themselves and creates a respect level that maintains peace as well as it can create violence amongst inmates on inmates or inmates on staff. Part of the "politics" is what is called having your "man-card" pulled. This is when another inmate/staff member says or does something intentionally to either disrespect or insult you and is to be interpreted as an attack on your manhood. Now there are only a couple of ways to handle this, unfortunately each way ends in violence, either a) you fight then and there and its over, b) you walk away, which seems like the right thing to do,

( 6-a )

<u>STATEMENT OF FACTS:</u>

Here is the account of all that transpired on the evening of December 28, 2012:

Plaintiff had requested Food Supervisor **Mark Brennan** if he could retrieve his milk he had saved for himself earlier that evening.  Mr. Brennan allowed Mr. Montalban to retrieve his milk. The milk was located in the Food Supervisors office and when Mr. Montalban came to the doorway  Mr.  Wisniewski was already inside the office at his desk and when he noticed Mr. Montalban standing there about to enter he stated, "What do you want?  Get the fuck out of my face...".  At this point Plaintiff's tolerance to all the verbal abuse had taken its toll and Plaintiff reacted.  He came at  . Mr.  Wisniewski while he was still seated, yet facing him, and Plaintiff proceeded to physically assault  Mr.  Wisniewski bare-knuckled, striking blows at him to his face and upper body.

At some point shortly thereafter,  Mr.  Brennan came into the office and had pushed the "body-alarm" on his walkie-talkie alerting the compound staff there is an emergency and where the emergency is located.  Mr.  Brennan had picked up a glass coffee urn that was in the office and attempted to smash it over Mr. Montalban's head.  Plaintiff ducked just as the urn was about to strike him and the urn smashed against the wall spraying glass in all directions.

Mr. Brennan's attempt to subdue Plaintiff with the urn had failed and what it did do was create wounds to Food Supervisor Wisniewski's face.  These wounds caused ( Mr. ( Wisniewski to scream aloud and in turn (     Brennan grabbed Plaintiff by the arms of his institution coat pulling him away from Mr. Wisniewski.

( 6-b )

**" STATEMENT OF FCATS:**

 I was in the altercation with the two supervisor,and some
officer's  arrived into the office and Subdue plaintiff,
and put him in handscuffed and schuckledd',

   PLAINTIFF, was on the floor ground lying and the supervisor
Brennan, started to punching plaintiff, on his face,head as
well throw fists, kicking plaintiff on the head and body,and
started to stabbed plaintiff, in the left-side of his stomage
three times with the protector key's.every time he stabbed ,he
twisted the point of the protector key's into the stomage of
plaintiff, inflicted three wounds points', and the officers
inside the office just let the θ supervisor Brennan,assaulted
plaintiff,the liuetenant PEDONE as well Liuetenant POWELL,and
the officers ( WILLIAMS VERBYLA,MODROFF,VRABEL COREY,GLOSSENGER)
AS WELL PROCEED TO ASSAULTED PLAINTIFF ALREADY INCAPACITATED.
 They's started to Kicking,punching on the head as well the body
when plaintiff is on the floor ground without provocation as a
result of this excessive use of force unnecessary plaintiff ,
Suffered, Bruises,Abrasions around the body,as well the three
stabbed wounds in his left side of his stomage, a lot blood from
his mouth,( PHOTOS SHOWING           THE MAGNITUDE OF THE FORCE
ALOT BLOOD ON THE FLOOR ,DESK,REFRIGERATOR )
   THIS WAS THE FIRST ASSAULT BY THE GUARDS AND TWO LIUETENANTS
PEDONE ANTHONY AND LT. POWELL ,IN THE INSIDE OF THE FOOD SERVICE
OFFICE, THE LIUETENANT PEDONE,ORDERED THE CORRECTIONALS OFFICERS
TO SCORT PLAINTIFF TO THE ENFERMARY ROOM FOR CHECK THE INJURIES
OF PLAINTIFF,

( 6- c )

as Plaintiff looked up all he saw was a fist flying into his face
and another beating insued by officers unknown to the Plaintiff.
As this beating was taking place he was being held by two officers
the entire time under each of his arms and again all while he was
in full restraints.

Plaintiff felt himself being moved at some point during
this beating outside of the main kitchen into the dining room area.
As he was being dragged again down the inmate food service entrance
line other officers came at him and one had placed him in a choke
hold ramming his head into the walls.

As they were heading towards the exit door said officers holding
each arm had began to twist his arms forward forcing Plaintiff to
lean forward with his head heading towards the floor till almost
parallel with it.  The officer who still has him in a choke hold
uses Plaintiff head to ram the steel security door open as they
proceed to leave the Food Service area.

As Plaintiff is being punched, jabbed and kicked down the
main corridor heading towards Medical there are (2) Solid steel
barred security gate, at each gate door again and again the officers
use Plaintiff's head as a battering ram to open these barred gates.
Upon arrival to Health Services Plaintiff was first seen
by R.N. Patricia Burgerhoff, but before R.N. Burgerhoff see Mr.
Montalban there are (2) additional solid steel slab doors that
were opened witht he aid of ramming his head against these doors.
Upon arrival R.N. Burgerhoff has the two officers holding Plaintiff's
arms lift him up onto the exam table where she began her examinaton
and had wiped his face clean then took photographs of Plaintiff.

After she had taken the photographs (note: actual photos were taken by a 3rd unknown Lieutenant) she had ordered for Plaintiff to be stripped of his garments for further assessment and examination. She takes account of the multiple wounds and bruises he had sustained by staff.  Even though she takes notice of these wounds she never documents them or requests to have photographs taken as well.  She makes the comment, "I see nothing wrong with you..." then she states she's going to examine the other          involved (Brennan and Wisniewski) Brennan who sustained a dislocated pinkie finger and Wisniewski's cuts from the coffee urn) as soon as she leaves the exam room (7) officers (1 wearing his blue uniform and 6 wearing black clad SERT uniforms) entered the room and again Mr. Montalban is assaulted for several minutes.

Officer s Modroff and Vrabel while securing Plaintiff's a arms allowed Officer Verbyla to place him in a choke hold and after he was in place asked the other two officers to release Plaintiff and upon doing so Verbyla lifted Plaintiff up over the exam table and slammed him head first to the ground.  As soon as Plaintiff hits the ground the entire room of officers began kicking, punching and jabbing him                                                    At a point the officer who was wearing his blue uniform who entered with the (7) officers had grabbed Plaintiff's head and proceeded to slam it on the ground.

, R.N. Burgerhoff returns and sees this occuring and screams, "Guys! Guys! what are you doing?"  to their reply while laughing, " Oh, he fell..."  At this point R.N. Burgerhoff was mortified once the officers lifted Plaintiff back onto the exam table and she the extent of the new damage he sustained.  Plaintiff recalls as he was being lifted that she had wrote someting on some papers and as soon as she saw the new damage to him she tore up

( 6-e )

the papers she had in her hand and threw them in the waste-bin.

At this point R.N. Burgerhoff was asked by Officer Verbyla asked what do you want to do with him.  She stated to get him out of here and Officer Verbyla used his walkie-talkie to request that the main corridor be cleared so Plaintiff can be transported to the Special Housing Unit (SHU).  Again using his head as a battering ram Plaintiff sustains a concussion and is temporarily knocked out, there are approximately (2) steel slab doors, (2) steel sliders prior to entering the SHU that he had been rammed in to.  Once inside the SHU Plaintiff is taken to an area out of cameras range and beaten again

came again to re-examine him.  Plaintiff was now wearing SHU oranges and again she cleans Plaintiff's face and requests more photos to be taken (note: If upon review of this video you can clearly see the blood on the floor and how it trails into the exam room, yet the photos taken reveal no blood at all).

Plaintiff afterwards is placed in a cell on the SHU range with another cell-mate.  At this point Plaintiff has received no medications or treatment of any kind for his numerous injuries. It became extremely inflamed, swollen and unbearable to the point Plaintiff had temporary loss of vision and partial hearing from the beating he had sustained.  He was placed in food strike in the morning, afternoon and dinner meals for approximately 10 days.  If it wasn't for the assistance of his cell-mate in providing him with ½ of his food trays he had received Plaintiff would have  starved and gone through serious medical problems besides  malnutrition _ dehydration,

Nutrients necessary for his body to heal and repair itself
After plaintiff cell mate had requested that his cellie needed
food or medical attention they would stated,after they peered
inside the cell window ' He is not dead yet' 'Why dont he just
die''.

THE officer in " blue uniform" INFLICTED SEVERAL PAIN TO PLAINT
TIFF several injuries on his head ,pounding his head to the floor
cement,broken his thumb in the right hand backwards, punching his
right eye several times when the plaintiff,was incapacitated on the
lying on the floor cement inside teh enfermary room 𝟗(19;45 )
PLAINTIFF was already incapacitated ,handscuffed and schuckledd'
❊❊*)   I CAN I. D." THIS OFFICER IN BLUE UNIFORM,
IN THE DATE OF JULY/? / 2014, THIS SAME OFFICER ARRIVED IN TO MY CELL
WINDOW AND PEERED " HE STATED TO PLAINTIFF,YOU REMEMBER ME,PEAZE OF
SHIIITT" I WAS THE PERSON TO BROKE YOUR THUMB BACKWARDS AND YOU FUCK
HEAD TO THE CEMENT FLOOR,REMEMBER NOW,"
THIS WAS INSIDE THE SPECIAL HOUSE UNIT (SHU) WHEN I WAS BACK
FROM THE TRIAL COURT IN SCRANTON ,PA. " AND LATER SCORT BACK BY TWO
U.S. MARSHALL"S. TO THE USP_CANNAN IN  THE DATE: JULY/?/2014

LEGAL CLAIMS:

" DEC/26/2012", PLAINTIFF ,Avers that on 'dec/28/2012,Defendants

BRENNAN,MARK, STARTED BEATING,STABBING TREE TIMES IN THE LEFT SIDE

STOMAGE OF PLAINTIFF,ALLEGED THAT SEVERAL DEFENDANTS,COULD BEATING

HIM MERCILESLY AND REPEATEDLY OVER AT PERIOD OF SEVERAL MINUTES IN

THE FOOD SERVICE OFFICE,WHILE PLAINTIFF WAS HANDSCUFFED AND SCHUCLED

AND STILL OTHERS DEFENDANTS DID NOTHING TO PREVENT OR STOP THESE

BEATING,THEY PARTICIPATED IN THE BEATING ALSO, FOLLOWING THE ALLEGE

BRUTAL BEATING OTHERS DEFENDANTS " FAILED", OR REFUSED TO PROVIDE TO

PLAINTIFF, WITH MEDICAL TREATMENT FOR HIS INJURIES.

" FINALLY IN JANUARY/? /2013, PLAINTIFF BEGAN TO RECEIVED SOME MEDI_

_CAL CARE", DAYS LATER, AT "X-REAYS WERE TAKEN AND PLAINTIFF WAS ,

LEARNED THAT SUFFERED FROM A"FRACTURE ON ORBITAL/LAMINA",UNTIL THE

DATED OF: 09/03/2015 'WHEN PLAINTIFF WAS IN THE CLINIC FOR AT SURGERY

FOR THE SURGEON OF MAXILLOFACIAL", TWO YEARS AND HALF, IS WHEN THE

PLAINTIFF,GOT THE KNOWLEDGE OF THIS FRACTURE IN THE ORBITAL/LAMINA")

IN OCALA,FLORIDA,

PLAINTIFF, IT BECAME THAT HAD ALSO SUFFERED OTHERS INJURIES TO ?

BIG CONTUSSION IN FRONT HEAD,BROKEN THUMB RIGHT HAND,BACKWARD AND THE

SWOLLEN,BOTH EYES SWOLLEN SHUTDOWM,TREE STABBING WOUNDS IN THE LEFT

SIDE OF THE STOMAGE OF PLAINTIFF,SCALP FRONT HEAD,BRUISES ALL BODY,

** ACCORDING TO PLAINTIFF, THE EVENTS OF DECEMBER/28/2012,AND ITS AT

AFTERMATH CONSTITUTE EXCESSIVE FORCE,FAILURE TO INTERVENE AND DELIBE

_RATED INDIFFERENCE TO SERIOUS MEDICAL NEEDS,ALL IN VIOLATION OF THE

"EIGHT AMENDMENT,VIOLATION OF THE FIRST ,FITH,EIGHT AND FOURTEENTH

AMENDMENT OF THE UNITED STATES CONSTITUTION."

( P )

PLAINTIFF, HAD STATED CLAIMS , FOR FAILURE TO DELIBERATED INDIFFEREN
-CE TO A SERIOUS MEDICAL NEEDS ,AGAINST DEFENDANTS:

(MD)DOBUSHACK,WALTER,(R.N.)BURGERHOLFF,PATRICIA,(EMT-p)KABONICK.M
.(EMT-p) TUTTLE,JARRET,

PLAINTIFF ALLEGED THAT DEFENDANTS FAILURE TO MEDICAL CARE TO THE
ASSAULTIVE AND BRUTAL BEATING TO PLAINTIFF IN THE HANDS OF DEFENDANT
STILL HAS SCAR"S ON HIS HEAD SKULL,FRACTURE ORBITAL/LAMINA)RIGHT EYE
RIGHT THUMB RIGHT HAND,ANS SEIZURE'S,WITH THE CONSECUNCE OF THE HITS
ON THE HEAD OF PLAINTIFF WITH THE WALL,FLOOR GROUND,AND STEEL DOORS
STEELS BARRED DOORS,AND WORK BOOTS OF THE OFFICERS,

## ** VIOLATIONS OF THE EIGHT AMENDMENT AND FOURTEENTH AMENDMNET:

1) EXCESSIVE FORCE

2) FAILURE TO INTERVENE

3) FAILURE TO PROVIDE MEDICAL CARE

4) DUE PROCESS VIOLATION OF THE FOURTEENTH AMENDMENT

5) CONSPYRACY OF THE DEFENDANTS FOR THE BEATING AND DENIED ACCESS TO
   MEDICAL CARE TREATMENT

6) RETALIATION FOR THE ALTERCATION WITH THE FOOD SERVICE SUPERVISOR
   ON DATE: DEC/28/2012  ( 19:35 )

( Q )

**\*\* EXCESSIVE FORCE CLAIMS:**

PLAINTIFF ALEEGE THAT THE DEFENDANTS LIUETENANT POWELL,PEDONE ANTHONY

WILLIAMS VERBYLA,VRABEL COREY,MODDORFF,GLOSSENGER JASON,BRENNAN MARK

WIESNESKY ANDREW,( C/O IN BLUE UNIFORM AND BLACK UNIFORM JOHN's DOE's

"PLAINTIFF ALLEGE THAT THE DEFENDANTS OF THE EXTENT OF THE INJURIES

RESULTING FOR THE BRUTAL BEATING,AVERS THAT CORRECTIONAL OFFICERS

"DELIBERATED BEATING FOR THE SINGLE PURPOSE OF BEATING PLAINTIFF-

WHILE HANCUFFED-SCHACCLEDD,REPEATEDLY OVER A PROLONGED PERIOD AND THE

DIFFERENTS PLACES CAUSING SERIOUS INJURY's to PLAINTIFF.

**\*\* FAILURE TO INTERVENE:**

PLAINTIFF CLAIMS"FOR" FAILURE TO INTERVENE AGAINST DEFENDANTS:

"LIUETENANT POWELL,PEDONE ANTHONY,WILLIAMS VERBYLA,VRABEL COREY,MARK

BRENNAN,WIESNESKY ANDREW,MODDROFF,GLOSSENGER JASON,JOHN   DOE , IN

UNIFORM  IN BLACK AND BLUE ) THOSE DEFENDANTS WERE DELIBERATELY INDI

-FFERENT TO HIS SAFETY THAT IS TO SAY-THEY WERE SUBJECTIVELY AWARE

OF A SUBSTANTIAL RISK OF HIS SAFETY AND "FAILED", TO TAKE AVAILABLE

ACTIONS TO PROTECT HIM.   PLAINTIFF MAINTAINS THAT HE WAS THE VICTIM

OF A PROLONGED AND SAVAGE BEATING WHILE THESE DEFENDANTS WATCHED AND

DID NOTHING FOR INTERVENE OR STOP THE BRUTAL BEATING TO PLAINTIFF.

**\*\* LIABILITY CLAIMS:**

 FAILURE TO INTERVENE IN VIOLATION OF THE EIGHT AMENDMENT "LIABILITY

THE THIRD CIRCUIT HAS HELD THAT " A CORRECTIONAL OFFICER FAILURE TO

INTERVENE IN A BEATING CAN BE THE BASIS OF "LIABILITY"

"THE CORRECTIONAL OFFICER HAD A REASONABLE OPPORTUNITY TO INTERVENE

AND SIMPLY REFUSED TO DO SO?? " A CORRECTIONAL OFFICERS CAN NOT ESCAPE

LIABILITY",BY RELAYING UPON HIS INFERIOR OR NON-SUPERVISORY RANKS"

" VIS-A-VIS"  ,THE OTHERS OFFICERS..."

( R )

PLAINTIFF, ALSO CONTENDS THAT DEFENDANTS ":LIUETENANT POWELL,PEDONE,
WILLIAMS VERBYLA,VRABEL COREY,MODDORFF,GLOSSENGER JASON,.,WATCHED BUT
NOT INTERVENE AND STOP DEFENDANT BRENNAN MARK,,THEY STARTED BEAT THE
PLAINTIFF AS WELL"ALREADY INCAPACITATED,HANDSCUFFED AND SHUCCLEDD"

***FAILURE TO PROVIDE MEDICAL CARE :

PLAINTIFF ALLEGE THAT DEFENDANTS IN VIOLATION OF THE EIGHT AMENDMENT
AND FOURTEENTH AMENDMENT ,A PLAINTIFF CAN STABLISH " DELIBERATED INDI
-FFERENCE BY SHOWING THAT PRISON AUTHORITIES WERE AWARE OF A PRISONER
MEDICAL PROBLEM,DENIED REASONABLE REQUEST FOR MEDICAL TREATMENT AND
THAT HIS DENIALS CAUSED THE "INMATE", UNDUE SUFFERING OR TREATENED A
TANGIBLE RESIDUAL "INJURY",.

  SINCE PLAINTIFF, "INJURIES" , RESULTED FROM A DISCIPLINARY VIOLATION
THAT INJURRED A "GUARD", THE PRISON HAD REASON TO EVALUATE PLAINTIFF
"INJURIES" , AFTER THE INCIDENT".

PLAINTIFF, TESTIFIED THAT HE, MADE VERBAL AND WRITTEN REQUEST FOR THE
MEDICAL ATTENTION WITH THE ASSISTANCE OF HIS CELL-MATE,FOLLOWING THE
INCIDENT AND NEVR RECEIVED MEDICAL ATTENTION.

PLAINTIFF,AVERS THAT HIS "MEDICAL RECORDS", DEMOSTRATE THE EXISTENCE
OF MATERIAL ISSUE OF FACT REGARDING THE EXTENT OF HIS INJURIES,SPECI
-FICALLY PLAINTIFF, AVERS THAT THE BEATING CAUSED HIM TO SUFFER A
BROKEN THUMB RIGHT HAND,LOSS HEARING BOTH EAR"S,BROKEN BONES IN THE
FACE,(FRACTURED ORBITAL/LAMINA RIGHT EYE ),POSSIBLE FRACTURE OF FRONT
HEAD,BIG CONTUSSION IN SKULL),BOTH KNEE"S SWOLLEN IN PAIN FOR PUT IN
PRESSURE,DIFFICULTY TO BREATHING,EATING,CHEWING AND MOVING TO WALK,
FOR SEVERAL WEEKS,GENERAL PAIN ALL THE BODY,"

**\*\* DELIBERATED INDIFFERENCE TO SERIOUS MEDICAL NEEDS OF A PRISONER"S**

CONSTITUTE THE UNNECESSARY AND WANTON INFLICTION OF"PAIN",

PROSCRIBE BY THE EIGHT AMENDMENT OF THE UNITED STATES CONSTITUTION

**\* NURSE"R.N. BURGERHOLLFF,PATRICIA:**

TREATED PLAINTIFF,FOR THE ABRASION,BUT IGNORED HIS OTHERS INJURIES

INCLUDING AND OBVIOUSLY" BROKEN THUMB RIGHT HAND BACKWARDS,THE TREE

STABBING WOUNDS LEFT SIDE OF STOMAGE,BIG CONTUSSION FORNT HEAD SKULL,

SWOLLEN BOTH EYES,PARTIALLY SHUTDOWM, ALOT BLOOD COMING FROM THE MOUTH

BLOD FROM THE BOTH EAR"S AS WELL, AND FAILED TO REFER PLAINTIFF TO A

DOCTOR,    HERE PLAINTIFF,PRINCIPAL AVERMENT IS THAT DESPITE SWELLING

TO HIS FACE AND HIS BROKEN THUMB RIGHT HAND( FRACTURE ORBITAL/LAMINA

TREE STABBING WOUNDS LEFT SIDE OF STOMAGE,BIG CONTUSSION FRONT HEAD

SKULL,SWOLLEN BOTH EYES,WERE NOT DIAGNOSED OR TREATED AT ALL UNTILL

"JANUARY/15/2015,IS WHEN PLAINTIFF,GET THE NOTICE OF THIS FRACTURE

IN THE RIGHT EYE"ORBITAL/LAMINA)") AND THE MEDICAL PERSONEL GOT THE

X-RAYS RESULTS IS IN "JANUARY/15/2013, AND NEVER GOT MEDICAL ATTENTION

AFTER THE ALLEGED ALTERCATION( FURTHER MORE,NO x-rays) OR OTHERS

ACTIONS WERE ACTUALLY TAKEN UNTIL TWO WEEKS LATER,WHILE PLAINTIFF WAS

LEFT "TO SUFFER THROUGH THE PAIN" ,DURING THE INTERIM ACCORDING TO

PALINTIFF THROUGH THIS TIME,HE WAS UNABLE TO STAND AND WAS CONFINED

TO LAY DOWM IN THE GROUND FLOOR,STILL DEFENDANTS FAILED, TO PROVIDED

HIM WITH ANY "MEDICAL CARE" , ACCORDING TO PLAINTIFF THIS "DELAY"

WAS CRUEL AND GAVE RISE TO A CONSTITUTIONALLY COGNIZABLE INJRRY"

\* VERIFYING "MEDICAL EVIDENCE" , INTO THE RECORD SHOWING THAT HIS

"DELAY", HAD A LASTING,DETRIMENTAL EFFECT ON HIS HEALTH PAINFULL INJURY.

PLAINTIFF, THE EXTENT OF THE RESULTING INJURY,AVERS THAT THE DEFENDANTS

CORRECTIONAL OFFICERS DELIBERATELY BEATING ,FOR THE SINGLE PURPOSE OF

BEATING PLAINTIFF-WHILE HIS IN HANDS CUFFED AND SHUCCLEDD-REPEATEDLY

( T )

**DEFENDANT:**

(BURGERHOLFF,PATRICIA (R.N.)

THIS IS THE NURSE WHO TREATED PLAINTIFF INJURIES INSIDE THE ENFER_
MARY ROOM,AND FALSIFIED MEDICAL RECORDS TO HELP THE "COVER-UP"
FOR THE ASSAULT BY THE OFFICERS INSIDE THE EMFERMARY ROOM AND TO
PRODUCE SEVERAL INJURIES TO PLAINTIFF,
THE NURSE SEE IT CLEARLY THE INJURIES ON PLAINTIFF FRONT HEAD, THE
BOBY BRUIESES ,LEFT SIDE STOMAGE"THREE STABBED WOUNDS",SEVERAL
BRUISES ON THE BOTHS KNEE"S ,SWOLLEN BBOTH EYE"S,SHOUTDOWN BY THE
BLOWS OF THE OFFICERS,LACERATIONS,SCAPL ON THE HEAD,BROKEN BONE ON
THUBM IN RIBHT HAND,BACKWARDS, NOTWITHSTANDING THE FACT THAT PLAIN_
TIFF COULD HAVE DIE FROM SUCH INJURIES OR COULD SUSTAIN A PERMANENT
IMPAIRMENT OR DISABILITY,.

   PLAINTIFF, ALLEGED DEPRIVATION OF HIS CIVIL RIGHTS BASED ON THE
" USE OF EXCESSIVE FORCE UNNECESSARY" ALREADY INCAPACITATED AND THE
"DELIVERATED INDIFFERENCE OF SERIOUS MEDICAL NEDDS"

   DID INMEDIATELY AND PROMPTLY PUT A MEDICAL "COVER_UP" AND CONS_
PIRACY IN MOTION WITH THE LIUETENANT PEDONE ANTHONY,THEY MADE AT A
VIDOE FOOTABGE "TWO HOURS LATERS" IN THS (SHU) IN UNIFORM ORANGE.
WITH THE FINALLITY TO THE VIDOE LOOK LIKE AFTER THE INCIDENT IN THE
FOOD SERVICE OFFICE ALTERCATION," NOT BLOOD OVER PLAINTIFF IN THE FA
FACE OR BODY,THE NURSE FAKED THE TREATMENT,THEY DRAGG ME OUT THE CEL
FOR THE SUPPOST GIVE ME MEDICAL CARE AFTER THE INCIDENT,BY THE NURSE
R.N. BURGERHOLFF,

DEFENDANT: " DOBUSHAK, WALTER ( MD )" _____


PLAINTIFF ALLEGED THAT THE  DOCTOR DOBUSHAK,WALTER ( MD )

DENIED MEDICAL ATTENTION  TO PLAINTIFF AND FALSIFIED MEDICAL RECORDS

FOR THE COVER UP.FOR THE SEVERAL BEATING TO PLAINTIFF IN THE HANDS

OF THE CORRECTIONAL OFFICERS WHILE HE WAS INCAPACITATED ALREADY IN

HANDS CUFFS AND SHUCCLEDD", INFLICTED SERIOUS INJURIES TO PLAINTIFF

DEFENDANT,AFTER TWO WEEKS ,PLAINTIFF WAS IN SEVERAL PAIN INSIDE THE

)SHU) PLAINTIFF NOTICE TWO OFFICERS COME TO TAKE PLAINTIFF TO SEE IT

AT DOCTOR IN POPULATION HEALTH SERVICE,"NOTING IS SUPPOST TO TO COME

TREE OFFICERS AND AT LIUETENANT FOR THE SCORT TO WHETEVER I NEED IT TO

BE REMOVED FROM THE CELL,(SHU) TEH OFFICER (TWO) SCORT ME TO GO TO

TO SEE IT THE DOCTOR ,AND THE TWO OFFICER TAKE INSTEAD TO THE ROOM OF

THE X-RAYS  ROOM,AND THE PERSONEL STARTED TO TAKE SOME X-RAYS,FROM MYS

FACE,JAWS,CHEST ONLY,(THEY DONT TAKE THE X-RAYS ON MYS BNOTH KNEE's

ON MY LEFT SIDE OF MY STOMAGE,FOR THE TREE STABB WOUNDS MADE FROM THE

SUPERVICSOR BRENNAN,"NEVER TAKE X-RAYS ON MY BOTHS HANDS SWOLLEN,BROKEN

RIGHT THUMB BACKWARDS,, WHEN THEY FINISHED THE X-RAYS THE TWO OFFICER

SCORT PLAINTIFF TO THE OFFICE OF THE DOCTOR,"HE STARTED TO ASK SEVERAL

CUESTION ABOUT MY HEALTH,"I ANSWER TO HIM,"I AM IN SEVRAL PAIN,I HAVE

BRUISES AROUND MY BODY,POSSIBLE BROKEN RIGHT THUMB BACKWARD AND MYS

BOTHS KNEE'S SWOLLEN, I CAN NOT PUT IN PRESSURE IN AND THE BIG CONTUS_

SION IN THE FRONT HEAD,SWOLLEN BOTH EYES SHUTDOWM,PAIN IN THE LEFT SIDE

FOR THE TREE STABB WOUNDS,FROM THE HANDS OF THE SUPERVISOR BRENNAN,.

 THE DOCTOR STATTED ""GOOD,YOU CAN GO BACK TO THE (SHU) NOW, "HE ORDER

THE TWO OFFICERS TO SCORT PLAINTIFF BACK TO THE (SHU) "HE SAY INMATE

DONT DESERVED NOTHING

( 7-b )

DEFENDANT: DOBUSHAK, WALTER ( MD )"

PLAINTIFF, ALLEGED THAT THE DEFENDANT, HAVE KNOWLEDGE OF THE RESULTS
OF THE ALL X_RAYS PERFORMED IN THE POPULATION HEALTH SERVICE TO THE
PLAINTIFF,AND NEVER INFORMED PLAINTIFF,ABOUT THE RESULTS OF THE x-rays
OR THE POSSIBLE FRACTURE ORBITAL IN THE RIGHT EYE,OR THE OTHERS RESULT
FOR THE CONTINUE OF PRESCRIPTION OF MEDICATIONS,FOR THE PAIN OR OTHER
SYPTOMS FOR THE RESULTS OF THE X_RAYS PERFORMED IN PLAINTIFF,

DEFENDANT,DOCTOR DOBUSHAK,WALTER,(MD) DELIVERATED INDIFFERENCE TO
PLAINTIFF AND CONSTITUTE CRUEL AND UNUSUAL PUNISHMENT UNDER THE EIGHT
AMENDMENT OF THE UNITED STATES CONSTITUTION.

DEFENDANT, NEVER PRESCRIBED AT MEDICATION FOR PAIN TO PLAINTIFF AND
DURANTLY INCARCERATED IN THE (SHU) USP_CANNAN, OR WHEN PLAINTIFF WAS
TRANSFERED TO LACKAWANA COUNTY JAIL, THE NURSES IN THE LACKAWANA STATE
THAT ""INSIDE YOUR PAPER WORK DONT COME NOTHING ,OR PAPERWORK WITH
THE REFERENCE OF PRESCRIBED MEDICAMETS TO PLAINTIFF,
PLAINTIFF,ALLEGED THAT UNTILL THE DATED OF 09/03/2015,PLAINTIFF WAS
IN THE VISIT TO AT A SURGOEN/MAXILLOFACIAL, FOR THE SURGERY FOR THE
RIGHT EYE FRACTURE, AND THIS IS THE DATE PLAINTIFF GOT KNOWLEDGE OF THE
FRACTURE IN THE RIGHT EYE,THE DEFENDANT NEVER INFORMED PLAINTIFF ABOUT
THIS ISSUE OR PRESCRIBE MEDICAL CARE TREATMENT TO PLAINTIFF,

DEFENDANT:  KABONICK, M ( EMT-P )

   THIS IS THE  PARAMEDIC TO SUPPOST SEE IT PLAINTIFF,IN THE (SHU)
THE NEXT DAY ( DEC/29/2012 ) AND MADE THE MEDICALRECORDS TO HELP THE
COVER UP, FOR THE BEATING IN THE HANDS OF THE CORRECTION OFFICERS IN
TREE DIFFERENTS PLACES, AND IS CLEARLY THE INJURYS ON PLAINTIFF,HIM
STATED IN HIS MEDICAL REPORT THE NEXT DAY,NOTHING HAPPEN WITH PLAINTIF
HE MADE THE SAME MEDICAL REPORT OF THE NURSE,BURGERHOLLFF,PATRICIA,
AND HE STATED ,HE SEE IT PLAINTIFF FROM THE PEER WINDOW IN THE CELL,
AND HE CAN SEE IT CLEARLY THE INJURYS FOR THE ASSAULTED BY THE GUARDS
FRONT HEAD BIG CONTUSSION,THE BOTH EYES SWOLLEN SHUTDOWM,BY THE BLOWS
BY THE OFFICERS ,LACERATIONS,SCALP ON THE FRONT HEAD ,BRUISES AROUND
THE BODY,AND THE BOTH KNEE'S SWOLLEN,BROKEN BONE ON THE RIGHT THUBM
BACKWARD,AND SWOLLEN RIGHT ,LEFT HANDS AND NOT WITH STANDING THE FACT
THAT PLAINTIFF COULD HAVE DIE FROM SUCH INJURIES OR COULD SUSTAINED
A PERMANENT IMPAIRMENT OR DISABILITY,.
 PLAINTIFF, ALLEGED DEPRIVATION OF HIS CIVIL RIGHTS AND DELIVERATED
INDIFFERENCE AND DENIED MEDICAL CARE TREATMENT AND CONSTITUTE CRUEL
AND UNUSUAL PUNISHMENT ANDER THE "EIGHT AMENDMENT OF THE UNITED STATES
CONSTITUTION,.
PLAINTIFF, ALLEGED THAT TEH DEFENDANT,KABONICK,M. MADE ROUND IN THE SHU
AND HE,DONT WANT APPROACH THE PEER WINDOW OF THE CELL FOR TAKE THE SICK
CALL FORM,OR TO HEAR FROM MY CELL-MATE,SEVERAL TIMES,AS WELL HE STATED
" IS NOT DEAD YET",WHY HE IS NOT DEAD"

Case 1:17-cv-00212-CCC-PT   Document 24   Filed 05/23/17   Page 28 of 35

DEFENDANT:   TUTTLE, JARRET ( EMT-P )

PLAINTIFF, ALLEGED THAT THIS IS THE PARAMEDIC INVOLVED IN THE
DAY OF THE INTERVIEW ,WITH THE F.B.I.1/ AND PLAINTIFF ASKING FOR GET
MEDICAL ATTENTION FOR THE PAIN AROUND HIS BODY,AND ALL THE BRUISES
SCALPS,AND FRONT HEAD BIG CONTUSSION,SWOLLEN NEEK'S ,BROKEN RIGHT
HAND THUBM BACKWARDS,,BOTH EYES SWOLLEN SHUTDOWM,SWOLLEN BOTH HANDS
PLAINTIFF,ALLEGED THAT THE DEFENDANT,TUTTLE JARRET,CAN SEE IT THE
INJURYS FOR TEH SEVERAL BEATING FROM THE CORRECTIONAL OFFICERS IN
THE DATED: dec-28-2012',  PLAINTIFF ALLEGED THAT HE, ASKING FOR HELP
IN THE FRONT OF THE FBI. AGENT AND ,THE AGENT TELL THEM TO GET ME
MEDICAL ATTENTION, AND THE LIUTENANT IN THAT DAY,OREDERED AT ONE GUARD
TO GET PLAINTIFF HELP,FOR TEH RIGHT BROKEN HAND,THE OFFICER STARTED TO
SQUEEZZEE THE HAND VIOLENTLY AND SHAKED VIOLENTLY AND TWISTED THE HAND
OF PLAINTIFF,INSIDE THE OFFICE WAS ALOT OFFICER LAUGHING FOR THE PAIN
I EXPRESSED TO THE OFFICER TO STOPED,HE WAS HURT ME VERY BAD MY HAND,

PLAINTIFF ALLEGED DEPRIVATION OF HIS CIVIL RIGHTS AND DELIVERATED
INDIFFERENCE AND DENIED MEDICAL CARE TREATMENT AND CONSTITUTTE CRUEL
AND UNUSUAL PUNISHMENT UNDER THE " EIGHT AMEDMENT OF THE UNITED STATES
CONSTITUTION,.
PLAINTIFF,ALLEGED THAT THE DEFENDANT ,TUTTLE JARRET,MADE SOME ROUNDS
IN THE ( SHU ) AND DEFENDANT NEVER WANT TO PICK UP THE SICK CALL PAPER
AND HE DONT WANT APPROACH THE PEER WINDOW OR HEAR FROM THE PLAINTIFF
OR THE CELL MATE OF PLAINTIFF,FOR GIVE ME HELP,OR MEDICAL ATTENTION.

( 7-d )

DEFENDANTS: <u>JOHN DOE</u>" ( <u>LIUTENANT IN</u>"<u>R&D</u>"

IN THE DATED: OF JULY/?/2014, I,PLAINTIFF WAS TRANSFERED BY TWO
U.S. MARSHALL FROM THE LACKAWANA COUNTY JAIL,TO BACK TO USP-CANNAN,
<u>WITH  7 MANILA ENVELOPES CONTAINED LEGAL DOCUMENTS FROM THE TRIAL</u>
<u>COURT OF SRCANTON,PA. [ 3:13-cr-0001 [</u>  ,  AND THIS LIUTENANT ORDER
THE TWO U.S. MARSHALL. TO NOT REMOVED THE HANDSCUFF OF PLAINTIFF, NO
NEED IT TO ,HE GO TO THE (SHU) SEGRAGATION HOUSE UNIT,.

I WAS SCORTED TO THE (SHU) AND INSIDE THE CELL,THIS LIUTENANT
TELL ME " I WAS LUCKY FOR THAT NIGHT OF THE ALTERCATION WITH THE TWO
FOOD SERVICE SUPERVISOR,BECAUSE I GO TO CRUSH YOU VERY BAD,MOTHERFUCK"

THIS LIUTENANT FAILED TO PROTECT MY PROPERTY,LOSTED OR MISPLACED
BY THE STAFF OF " R&D",VIOLATED THE FOURTHEENT AMENDMENT OF THE UNITED
STATES CONSTITUTION,HE WAS THE LIUTENANT IN THAT DATED,JULY/?/2014.

AND RETALIATED TO PLAINTIFF FOR THE LOST OF .PROPERTY,HE  TREATS TO
DO IT SOMETHING TO PLAINTIFF,EVERYTIME,I NEED IT TO ASK FOR THE HELP
FOR  SEE IT AT DOCTOR,OR GET SICK-CALL OR MADE AT PHONE CALL TO MY
ATTORNEY,OR FAMILY, HE ORDERED THE OFFICER THAT DAY ,FOR GET TO PLAINTI
FF AT SPECIAL TREATMENT FOR THE LAST ALTERCATION WITH THE FOOD SERVICE
SUPERVISOR.AND DONT LET SLEEP,DONT TURN THE LIGHT,KICKING THE DOOR
EVERY DAY UNTIL PLAINTIFF WAS REMOVED FOR HERE( USP-CANNAN)
DEFENDANT:<u>MAZZA OR MACCA</u>,FNU (<u>CORRECTIONAL</u> OFFICER IN "R&D" )

HE WAS IN THE COMPANY OF THE <u>LIUTENANT IN THE "R&D"</u>,AND HE STATED
TO THE LIUTENANT,HEY,LT. "HE IS THE ONE TO HIT THE SUPERVISOR IN FOOD
SERVICE,LEST BEATING THAT FUCKER,THE LIUTENANT TELL HIM,.RIGHT HERE NOT
LEST SEE IT THE TWO U.S. MARSHALL.GO , I TELL THEM THE TWO U.S. MARSHALL
IF I NEED IT TO DEFEND MY SELF AGAIN I DO IT, BECAUSE THEY DONT WANT TO
REMOVED THE HANDSCUFF IN "R&D",THEY WANT BEAT ME AGAINT",
THIS CORRECTIONAL OFFICER VIOLATED PLAINTIFF THE FOURTEENTH AMENDMENT

( 8 )

DEFENDANTS:
       JOHN DOE"S ( R & D ) at USP-CANNAN

ON THE DATE OF JULY/?/2014,' I WAS PLACED BACK IN USP-CANNAN
WAYMART PA.     /BEFORE WAS IN THE LACKAWANA COUNTY JAIL,IN
SCRANTO,PA. FOR AT COURT TRIAL ()@ (02/12/14 ) AND LATER TRANSPORT
TED BACK TO USP-CANNAN,BY TWO U.S. MARSHALL"S ,AND I COME WITH #7
MANILA ENVELOPES (INSIDE COME DOCUMENTS,EVIDENCE,AND TRANSCRIPT ₹0
OF THE COURT,) SOME LETTER BY ATTORNEY PRIVELIGES, MR,GINO BARTOLAI
     LATER PLAINTIFF WAS PLACED IN THE(SHU) TO WAITING THE TRANS
FER TO ANOTHER PRISON,.WITH NO RECEIPT OF THE MY PROPERTY# NOTHING

     IS BEEN PLAINTIFF INTENTION TO  HAVE HIS CRIMINAL CASE ,
"REHEARD" AND AT NEW TRIAL SET,YET ALL OF HIS LEGAL PAPERWORK AND
MATERIALS HAVE EITHER BEEN "LOST#MISPLACED/damaged'.
PLAINTIFF,ARRIVED TO USP-COLEMAN(1) WITH ZERO/PROPERTY OR RECEIPT
ALL ATEMPT TO HAVE HIS LEGAL PAPERWORK AND MATERIALS BE LOST BY THE
PERSONELL OF "R&d' THEY FAILED TO SECURE AND CATALOGUE AND PASS TO
PLAINTIFF AT A RECEIPT, THE COUNSELOR FOR THE B-UNIT AT USP-1 COLE
MAN", HE ATTEMPTED SEVERAL OCASSIONS TO RECOLLECT MY PROPERTY BUT
THE "R&D" IN USP_CANNAN STATED MR. MONTALBAN,HE NO LEFT NOTHING HERE.
    I SEND AT LETTER TO MY FEDERAL COURT IN SCRANTON,PA.
FOR THE HELP TO OBTAINED MYS LEGAL DOCUMENTS AND PAPERWORK FOR THE
APPLICATION OF THE "REHEARD" MY CASE AND THE &2255 form.
     SO,THE OFFICERS IN THE "R&D" IN ¢A USP_CANNAN,VIOLATED RIGHTS
TO PLAINTIFF THE FITH'   THE FOURTEENTH AMENDMENTS OF THE UNITED
     OF AMERICA,.     AND THE DENIED THE ACCESS TO THE COURTS"

"DEFENDANT:  " S.I.O." LT, JOHN GINTZ AT USP-CANNAN "

** CLAIMS  OF DEFAMATION AND "DUE PROCESS":

*  PLAINTIFF ALLEGED THAT DEFENDANTS DEFAMATION OF"CHARACTER "
RESULTING IN A VIOLATION OF CONSTITUTIONAL RIGHTS.

"CLAIMS THAT "DEFENDANTS,DEFAMED HIS CHARACTE WHEN DEFENDANT,
ALLEGEDLY TOLD OR WRITING AT A MEMORANDUMM ",THAT THE PLAINTIFF
THIS DEFAMATION RESULTED IN A VIOLATION OF HIS CONSTITUTIONAL RIGHTS
"ALLEGEDLY LEADERSHIP ON THE "PIASAS" ,AND RESTRINGED PALINTIFF TO
THE SEGREGATION HOUSE UNIT ( SHU ) DEPRIVED PLAINTIFF A CONSTITUTIO
_NALLY PROTECTED INTEREST".

"VIOLATION TO " DUE PROCESS," VIOLATION,i,e _____
" ALLEGATION OF DEFAMATION  CLAIMS FOR VIOLATION OF"DUE PROCESS", A
SECTION § 1983, THEREFORE MUST BE ACCOMPANIED BY AN CONSTITUTIONALLY
RECOGNIZED "INJURY" ,
" PLAINTIFF ALLEGE THAT THE DEFENDANTS DEPRIVED HIM OF THE RIGHTS
OF "DUE PROCESS", AND  HARDSH PUNISHMENT WITH THE ONLY PURPOSE TO
INFLICTED  AND VIOLATED THE FOURTEENTH AMENDMENT,DEPRIVED PLAINTIFF
WITH THE BASICS RIGHTS TO "DUE PROCESS AND FREE OF  PUNISHMENT AFTER
AT A PAST CONVICTION", AND CATALOGUE PLAINTIFF FOR TO BE IN THE (SHU)
UNTIL THE INJURYS HEALING ,DENIED PLAINTIFF WITH THE BASICS RIGHTS
OF"ACCESS TO MEDICAL CARE AND DUE PROCESS" ,VIOLATED THE RIGHTS TO
PLAINTIFF AND CONSTITUTE A DELIVERATE INDIFFERENCE OF THE EIGHT,
FOURTEENTH AMENDMENT,

_DEFENDANT:   " JOHN DOE" LIUETENANT IN INTERVIEW/ F.B.I._

PLAINTIFF ALLEGE THAT THIS LIUETENANT "JOHN DOE",SCORT PLAINTIFF
FROM HIS CELL IN THE (SHU) SEGREGATION HOUSE UNIT,THE DATE IS UNKNOWN
TO PLAINTIFF,BUT THE DATE OF THE INTERVIEW,INSIDE OF THE (SHU) OFFICE
I ASKING THE " F.B.I. AGENT FOR AT A MEDICAL ATTENTION TO MY HEAD &
THE BROKEN RIGHT HAND(RIGHT THUBM BACKWARDS),THE TREE STABBING WOUNDS
ON LEFT SIDE OF THE STOMAGE,FRONT HEAD BIG CONTUSSION, THE AGENT OF
" F.B.I. NOTIFIED THE  JOHN DOE LIUETENANT ABOUT THE PETITION OF PLAIN
TIFF FOR MEDICAL ATTENTION,,  THE LIUETENANT JOHN DOE," ORDER AT A
CORR. OFFICER IN BLACK PANTS AND BLUE UNIFORM, TO GET PALINTIFF MEDI_
_CAL ATTENTION TO SPECIALLY TO THE RIGHT HAND(RIGHT THUBM BACKWARDS)
"THIS CORR. OFFICER STA RTED TO SQUEZZED THE RIGHT HAND AND SHAKE HARD
THE RIGHT HAND(NOTING THE BOTH HANDS WAS PLACED IN HANDSCUFF) SO THE
PAIN WAS POWERFULL TO MY RIGHT HAND RIGHT THUBM , THE OFFICER STARTED
TO HIT MY RIGHT HAND WITH THE HANDS CUFFS,AND STATED "YOU WANT MORE
MEDICAL ATTENTION"",ALL THE OFFICERS START TO LAUGHING AND THE JOHN
DOE LIUETENANT, "ORDERED THE OFFICER TO GIVEN MORE MEDICAL ATTENTION
TO PLAINTIFF, AND THE(EMT-JARRET TUTTLE)WAS THERE,THE(PSYCHOLOGY MR,
DUSTIN M. COOK)AND ALMOST 12 MORE OFFICERS IN BLACK UNIFORMS.
SO. NO BODY STOP IT THE ASSAULT AND EXCESSIVE USE OF FORCE FOR THE
CORR,OFFICER,THEY WAITING FOR PLAINTIFF,TO DO IT SOMETHING ,OR TO MOVE
AND STARTED TO BEATING AGAIN. PLAINTIFF,
PLAINTIFF,ALLEGED THAT THE"JOHN DOE" LIUETENANT AND THE"JOHN DOE" CORR.
OFFICER IN BLACK UNIFORM/BLUE", VIOLATED  CIVIL    RIGHTS AND CONSTITU
TE A CRUEL AND UNUSUAL PUNISHMENT UNDER THE EIGHT AMENDMENT OF THE
UNITED STATES CONSTITUTION.

<u>DEFENDANTS:</u>                "ALL STAFF PERSONELL OF PSYCHOLOGY DPTO:"

    ( DUSTIN M. COOK,PSY,D. (DRUG ABUSE PROG.COORD.)

    ( CAROLINE M. JOHANSON  ( PHD. STAFF PSYCH)

    DATE"S OF TEH SUPPOST VISIT PLAINTIFF IN THE (SHU):

1)    , 12/31/2012;  Dustin M. psy,d.0) HE MADE AT FALSYFYING DATA
    OF  CLINICAL INTERVENTION-CLINICAL CONTACT, WITH PLAINTIFF
    ON THIS DATE:,(THE PHOTOS SPEAK BY THEM SELFT HE MADE AT A
    MEDICAL REPORT ABOUT PLAINTIFF AND HELP THE COVER-UP FOR
    THE ECESSIVE ASSAULT TO PLAINTIFF AND CONSTITUTE A VIOLATION
    OF THE RIGHTS OF THE UNITED STATES OF AMERICA.
    VIOLATED RIGHTS THE EIGHT AMENDMENT, DENIED MEDICAL CARE TREAT-
    MENT TO PLAINTIFF,ONLY IN HIS REPORT  MENTIONED PLAINTIFF HAS
    NOTHING OR RELEVANT INJURIES IN HIS BODY OR IN HIS HEAD,.

2)    ?( 01-15-2013,' CAROLINE M. JOHANSON, ph,d. STAFF PSYCH)
    (12-29-2012) MADE AT THIS REPORT WITH THIS DATE,BUT TEH REALI
    TY IS I WAS PLACED IN THE DATE(12/28/2012) IN THE (SHU) 19;45
    PM,.       AND THIS DATA MEDICAL REPORT IS FALSIFIED NOT  AND
    THIS EVENTS HAPEN BECAUSE,NO BODY APPROACH MY CELL OR THE STAFF
    (SHU) PROVIDED ME WITH FOOD)FOR 10 DAYS, AND THIS STAFF OB THE
    PSYCHOLOGY NEVER SEE ITY IN THE TIME SUPPOST OCURRED, AND THIS
    ACTION TOWARD PLAINTIFF VIOLATED RIGHTS AND CONSTITUTE  CRUEL
    UNUSUAL PUNISHMENT UNDER THE EIGHT AMENDMNET OF THE UNITED STATES
    CONSTITUTION OF AMERICA.

## RELIEF REQUESTED:

While I still am waiting to have exploratory test performed to diagnose the extent of my injuries and that my broken and Fractured bones are now by this point set where they lay broken will have to be re-broken and re-set in their natural formation.   I pray they can be repaired after such a long period of time. (Surgery to my Collar Bone-Left clavicle performed Already) (Left wrist-Radious Healing the bone)   I fear that I never be normal physically or Menthally ever again due this events. =   I'm afraid that if whatever is causing me to have these "Seizures", that Leave me incapacitated and Vulnereable as they have already caused me more body da-mage had prior to December/28/2012

( A )

REQUESTED RELIEF:

1) COMPENSATORY DAMAGES IN THE AMOUNT OF $ 6,514.000 / AGAINST "
   DEFENDANTS,JOINTLY AND SEVERALLY.

2) PUNITIVE DAMAGES IN THE AMOUNT OF $ 250,000.00  AGAINTS EACH
   DEFENDANTS, JOINTLY AND SEVERALLY.

3) NOMINAL DAMAGES IN THE AMOUNTS OF $ 1,000.00  AS SEEN FIT BY
   THIS HONORABLE COURT.

4) A JURY TRIAL ON ALL ISSUES TRIABLE BY A JURY.

5) PLAINTIFFS  LEGAL COSTS IN THIS TRIAL SUIT.

6) ANY ADDITIONAL RELIEF THIS HONORABLE COURT DEEMS JUST PROPER AND
   EQUITABLE.


DATE:

     APRIL / 14 / 2017

                                    RESPECTFULLY SUBMITTED BY:

                                    JOSE MONTALBAN
                                    REG:NO# 497-179
                                    FEDERAL CORRECTIONAL COMPLEX
                                    USP-1    COLEMAN
                                    P.O.BOX 1033/h-unit
                                    COLEMAN,FL.33521-1033


                    VERIFICATION

I, JOSE MONTALBAN,HAVE READ THE FOREGOING CIVIL ACTION/COMPLAINT
AND HEREBY VERYFY THAT THE MATTERS ALLEGED THEREIN ARE TRUE,EXCEPT AS
TOP MATTERS ALLEGED ON INFORMATION AND BELIEF, AND AS TO THOSE,
I BELIEVED THEM TO BE     TRUE.
I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING     IS TRUE AND
CORRECT
EXECUTED AT COLEMAN,FL. / dated; APRIL/ 14/ 2017

JOSE MONTALBAN, PLAINTIFF PRO-SE


                    ( 7-1 )