IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSE MONTALBAN, | : |
| Plaintiff | : |
| | : CIVIL ACTION NO. 1:CV-17-0212 |
| v. | : |
| | : (Judge Caldwell) |
| MR. POWELL, *et al.,* | : |
| Defendants | : |

*O R D E R*

And now, this 31st day of October, 2017, in accordance with the accompanying memorandum, it is ordered that Plaintiff's Motion for "Preliminary Restrain Order" (ECF No. 38) is denied.

                                            /s/ William W. Caldwell
                                            William W. Caldwell
                                            United States District Judge