OFFICE OF THE CLERK:

WILLIAMS J. NEALON
MEMORIAL FEDERAL BIULDING &
U.S. COURT HOUSE
# 235 N.WASHIGNTON,AVE,
 SCRANTON,Pa.   18501


MONTALBAN JOSE,pro se               " MOTION FOR TO ADD DOCUMENTS
    plaintiff                        AS "EXHIBITS ,ATTACHMENTS "

v.

POWELL,FNU,et,al.                   CIVIL CASE NO:"1:17-cv-212"
  defendants


                 " MOTION FOR TO ADD DOCUMENTS
               AS "EXHIBITS ,ATTACHMENTS "

    "I,JOSE MONTALBAN,REG.NO# 11497-179," SEND THIS DOCUMENTS  TO
THE OFFICE OF THE CLERK, AND THIS HONORABLE COURT,FOR TO ACCEPTED
THIS "ATTACHMENTS,EXHIBITS," FOR TO OPPOSITION TO DISMIS THE AMENDED
COMPLAINT OR SUMMARY JUDGMENT," FOR THE CIVIL CASE ABOVE,.

* PLAINTIFF ALLGE THAT "HE MADE THE MYSTAKE FOR THE ENVELOPE/LEGAL
MAIL, AND WHEN HIM SEND THE CARDBOARD BOX,WITH THE ENVELOPES,HE FORGET
IT TO PUT IN INSIDE  WITH THE OTHERS,,. PLAINTIFF REQUEST TO ACCEPTED
THIS ENVELOPE AND TO ADD AS SUPPLEMENTS FOR THE CIVIL CASE ABOVE,.

*PLAINTIFF STATED THE INSTITUTION USP-1,COLEMAN,FL." WAS PLACED IN
LOCK DOWN,STARTED JANUARY/15/2018,' THROUGH NORMAL OPERATIONS,."

*ALSO, I REQUEST TO THE OFFICE OF THE CLERK, FOR AT STAMPEDD OF THE
RECEIVED OF THIS DOCUMENTS FOR AT PERSONAL FILE,."
                      THANK  YOU.

                                  RESPECTFULLY SUBMITTED BY:
DATED:
 JANUARY/29/2018                  _____
                                       MONTALBAN JOSE,pro se
ccp. MELISSA A. SWAUGER           REG.NO# 11497-179
/s/ ASSISTANT U.S.ATTORNEY         FEDERAL CORRECTIONAL COMPLEX
                                  USP_1,COLEMAN /p.o.box 1033
                                  K-UNIT /COLEMAN,FL. 33521



                         FILED
                        SCRANTON

                        FEB 0 5 2018

                    _____
                    PER_____
                       DEPUTY CLERK

\*\* PLAINTIFF ALLEGE THAT (FIGGSGANTER )   ) IS AT (ATTORNEY ADVISOR) ST
AT (LEWISBURG     "   AT IS EMPLOYEE OF THE [FBOP] AND ▬▬ DECLARATION
IS SUPPOST TO TAKE AS AT "AFFIDAVITTS",

\*\* IN HIM DECLARATION OF (FIGGSGANTER)     ) SHE MADE VERY CLEAR THE
STEPS TO NEED IT TO MAKE THE INMATE (MONTALBAN) WITH RESPECT TO
ADMINISTRATIVE REMEDYS GRIEVANCES BY THE POLICY OF [FBOP]

\*\* POINT NUMBER # ●= " IF THE TIME PERIOD FOR THE RESPONSE TO A
REQUEST OR APPEAL",IS INSUFFICIENT TO MAKE AN APPROPIATTE DECISION
THE TIME FOR RESPONSE MAY BE EXTENDED ONCE BY (20) CALENDARS DAYS
AT THE INSTITUTION LEVEL, (30) DAYS AT THE REGIONAL LEVEL OR (20)
DAYS AT THE CENTRAL OFFICE LEVEL,,.

\*\* STAFF SHALL INFORM THE INMATE OF THIS EXTENSION IN WRITTING."

\*\* IF AN INMATE DOES NOT RECEIVED A RESPONSE WITHIN THE TIME ALLOTED
FOR AT REPLAY,INCLUDING AN EXTENSION,THE INMATE MAY CONSIDER THE
"ABSENSE" OF A RESPONSE TO BE A "DENIAL",AND MAY "APPEAL"TO THE NEXT
 LEVEL,."

\*\* POINT NUMBER # ● = " THE ADMINISTRATIVE REMEDY COORDINATOR AT ANY
LEVEL (e,g. Institution,Region,or Central Office ) MAY REJECT AND
RETURN TO THE INMATE WITHOUT A "RESPONSE" A REQUEST OR "APPEAL" FOR
A NUMBER OF REASONS.              "WHEN A SUBMISSION IS REJECTED,THE
INMATE WILL BE PROVIDED A "WRITTEN NOTICE"  EXPLAINING THE REASONS
FOR THE REJECTION,.  " IF THE DEFECT ON WICH THE REJECTION IS BASED
IS CORRECTABLE,THE NOTICE WILL INFORM THE INMATE A REASONABLE TIME
EXTENSION WITHIN WICH TO CORRECT THE DEFECT AND RESUBMITT THE REQUEST
OR "APPEAL",,.

- a -

** PLAINTIFF ALLEGE THAT THE "FIRST STEP OF THE ADMINISTRATIVE

REMEDY PROCEDURE IS TO ATTEMPT AN INFORMAL RESOLUTION (BP-8)

CONTACT YOUR COUNSELOR FOR THOSE FORMS,.   "IF THE ISSUE CANNOT BE

INFORMALLY RESOLVED,THE COUNSELOR WILL ISSUE A (BP_9) FORM.

"THE INMATE WILL RETURN THE COMPLETED (BP_9) TO THE COUNSELOR.

"THE (BP-9) COMPLAINT MUST BE FILED WITHIN TWENTY(20)CALENDAR DAYS

FROM THE DATE ON WICH BASIS FOR THE INCIDENT OR COMPLAINT OCURRED,

UNLESS IT WAS NOT FEASIBLE TO FILE WITHIN THAT TIME PERIOD,.

"INSTITUTION STAFF ORDINARILY HAVE TWENTY(20) CALENDAR DAYS TO ACT,.

ON THE COMPLAINT AND TO PROVIDE A WRITTEN RESPONSE TO THE INMATE,

"THIS TIME LIMIT FOR THE RESPONSE MAY BE EXTENDED FOR AN ADDITIONAL

TWENTY(20) CALENDAR DAYS AND THE INMATE WILL BE "NOTICED" OF THE

"EXTENSION", "WHEN A COMPLAINT IS DETERMINED BY THE WARDEN TO BE OF

AN EMERGENCY NATURE" AND THREATENS THE INMATE'S INMEDIATE HEALTH OR

WELFARE THE REPLY MUST BE MADE AS SOON POSSIBLE AND WITHIN FORTHY-

-EIGHT (48) HOURS FROM THE RECEIPT OF THE COMPLAINT,,"

                     ** SENSITIVE  COMPLAINT **

     " IF"AN INMATE BELIEVE A COMPLAINT IS OF SUCH A "SENSITIVE
NATURE" THAT HE WOULD BE ADVERSELY AFFECTED "IF"THE COMPLAINT BECAME
KNOWN TO THE INSTITUTION,HE MAY FILE THE COMPLAINT DIRECTLY TO THE
"REGIONAL DIRECTOR",THE INMATE MUST EXPLAIN IN WRITING "THE REASONS
FOR NOT FILING THE COMPLAINT WITH THE INSTITUTION,,"
   "IF"THE REGIONAL DIRECTOR"AGREES THAT THE COMPLAINT IS "SENSITIVE"
IT SHALL BE ACCEPTED AND A "RESPONSE"TO THE COMPLAINT WILL BE PROCESSED
 "IF" THE REGIONAL DIRECTOR" DOES NOT AGREE THAT THE COMPLAINT IS
"SENSITIVE"THE INMATE WILL BE "ADVISED IN WRITING OF THAT DETERMINATION
   "THE INMATE MAY THEN PURSUE THE MATTER BY FILING A (BP_9)AT THE
"INSTITUTION,,"
                  ** PAGE # 61 - 81 ** PROBLEM RESOLUTIONS **
             **  FCC-COLEMAN _ USP-1 ** ADMISSION AND ORIENTATION*
                  ** REVISED : FEBRAURY, 2017 **

                          - b -

** WHEN DECIDING WHETHER A PRISONER HAS EXHAUSTED HIS REMEDIES
THE COURT "SHOULD FIRST CONSIDER THE PLAINTIFF'S AND THE DEFENDANTS
VERSIONS OF THE FACTS AND "IF" THEY CONFLICT TAKE THE VERSION OF THE
"FACTS AS TRUE "IF" IN THAT LIGHT,,"

** THE DEFENDANTS CONTEND THAT (MONTALBAN) "FAILED" TO EXHAUST HIS
ADMINISTRATIVE REMEDIES WITH RESPECT TO EITHER OF THE CLAIMS IN THE
COMPLAINT ,, IN SUPPORT THEY HAVE SUBMITTED THE DECLARATION OF:
( FIGGSGANTER ',(ATTORNEY ADVISOR ) AT USP LEWISBURG
attachment to wich is a printout of (montalban) Complete administra
-tive remedy history ( Documents) in Chronologycal order through
( DATED:
  * IN HIM DECLARATION ( FIGGSGANTER) STATES THAT SHE HAS EXAMINED
THOSE ADMINISTRATIVE REMEDIES REQUEST FILED BETWEEN ( DATE: OCTOBER/
 /23/2015          OF THE FIRST ISSUE AN THE DATE: "FEB/03/2017"
WHEN THE COMPLAINT WAS FILED IN THIS CASE. "SHE HAS IDENTIFIED A
                16
LIST OF (NUMBERS) FULLY EXHAUSTED ADMINISTRATIVE REMEDIES REQUEST
FILED AFTER ( FIRST DATED: "OCTOBER/23/2015)(NOVEMBER/02/2015)

" (FIGGSGANTER ) DECLARATION DOES NOT ADVISE HOW SHE DETERMINE THAT
THESE ADMINISTRATIVE REMEDYS REQUESTS WERE EXHAUSTED OR HOW SHE
DETERMINED THAT "ORDER",UNLISTED REQUEST WERE NOT EXHAUSTED",,
                              16
* A COMPARISON OF THE LIST OF ( NUMBERS) FULLY EXHAUSTED"REQUESTS
IDENTIFIED BY (FIGGSGANTER ) AND THE FULLY LIST OF (MONTALBAN)
ADMINISTRATIVE REMEDYS REQUEST REVEALS THAT SEVERAL OF THE REQUESTS
"SHE IDENTIFIED CONCERN EVENTS THAT THE PREDATE THE ( DATED: NOCTOBER/
/ 23/2015 "          "INCIDENTS CONSIDERABLY REQUESTS;THIS APPEARS TO
HAVE BEEN INITIALLY SUBMITTED TO THE WARDEN IN (DATED:"OCTOBER/20/2015
November/20/2015    ) REQUEST No: "UNKNOWN TO INMATE"DONT ANSWERED "
THE COMPLIANT FOR THE WRADEN OFFICE,"IMPEDED INMATE TO ANOTHER LEVEL"

- C -

**MOREOVER,IN REVIEWING THE COMPLETE LIST THERE ARE SEVERAL
ADMINISTRATIVE REMEDY REQUEST FILED CLOSE IN TIME TO THE (DATED:
( JANUARY/11/2016            ) INCIDENTS THAT ARE OMMITTED FROM   ,
(FIGGSGANTER)   SHORT LIST,,.(MEDICAL CARE)(ASSAULT BY STAFF)
** THE INCIDENTS AND ITS SUBSECUENT PRESENTATION AT ALL LEVELS OF
THE ADMINISTRATIVE REVIEW PROCESS,SUGGEST THAT THE SUMMARY OF THE
ADMINISTRATIVE RMEDYS REQUEST SET FORTH IN (FIGGSGANTER ) DECLARATION
IS LESS THAN COMPRENSSIVE AND NOT ENTIRELY "RELIABLE" AS "EVIDENCE
IN SUPPORT OF THE DEFENDANTS "FAILURE-TO-EXHAUST-DEFENSE

** THIS IS FURTHER UNDERSCORED BY THE SUBSTANCE OF THE "ONLY ADMINIS-
-TRATIVE REMEDY REQUEST FILE THAT HAS BEEN SUBMITTED INTO THE RECORDS
BY THE DEFENDANTS FOR AT CONSIDERATION ON SUMMARY JUDGMENT,. IN THE
SUPPORT OF HIM DECLARATION ( FIGGSGANTER ) HAS ATTACHED A COPY OF
PAPERS THAT DOCUMENTS SOME OF THE ADMINISTRATIVE PROCEEEDING ON
ANOTHER OF (MONTALBAN) REMEDYS REQUEST( COLEMAN(BP-9)"STAFF COMPLAINT"

"WICH ( FIGGSGANTER ) HAS ASCERTAINED TO OBE AT ISSUE IN THIS CASE
(MONTALBAN) DATED ON:"DENIED OF PROPERTY)(STAFF COMPLAINT) NOBEMVER/
/05/2015' "REJECTION OF NOTICE "UNTIMELY REQUEST" (JULY/2014)
(MONTALBAN) SUBMMITTED THIS REMEDYS REQUEST TO THE WARDEN COMPLAINING
(BP-9) DAYS LATER (ON  NOVEMBER/02/2015 )              )TO THE WARDEN
WARDEN PROVIDED AN INFORMATIONAL RESPONSE ADVISING (MONTALBAN) THAT
PRIOR REQUESTS HAD ALL BEEN REJECTED AS UNTIMELY,"CURIOSLY",THE
COMPRENSIVE "INDEX" OF ADMINISTRATIVE REMEDY REQUESTS SUBMITTED BY
THE DEFENDANTS DOCUMENTS DIFFERENTS DATES,LOGGING THIS REQUEST AS
HAVE BEEN RECEIVE AT THE FACILITY LEVEL ON ( NOVEMBER/02/2015      )
AND REJECTED OR DENIED SIX DAYS LATER ON (  NOVEMBER/05/2015        )

- d -

** PLAINTIFF ALLEGE THAT THE "NOTICE OF THE REJECTION FOR THE PART

OF NORTEASTH REGIONAL OFFICE,"AS FOLLOW:

** [ 849260-R1] "STAFF MISCONDUCT" [ REJECTED ON DATE:JANUARY/22/2016]

** [849264-R1] " REQUEST FOR MEDICAL TREATMENT" [REJECTED ON DATED:
                [ JANUARY/22/2016]

*** NOTICE OF THE REJECTION "WRONG REGIONAL OFFICE",YOU NEED TO BE

RESUBMITTED IN THE CORRECT REGION,,"

** NORTEASTH REGIONAL OFFICE, EACH OF THESE REMEDIES WERE REJECTED"

ON [JANUARY/22/2016] "INMATE (MONTALBAN) WAS INFORMED THESE REMEDIES

WERE SUBMITTED IN THE WRONG REGION,

* " THERE IS NOT RECORD THAT HE RESUBMITTED THESE REMEDIES IN THE

APPROPIATTE REGION,," HE "FAILED TO EXHAUST THIS ISSUE,"


* PLAINTIFF ALLEGE THAT THE |(FIGGSGANTER)  ) " PUT IN THE SHORT LIST

OF THE (16 ADMINISTRATIVE REMEDIES ) WHEREVER ●HE WANT IN SHORT MANNER

FOR TO SHOWING"THE WRONG" DELIIVERED OF THE ADMINISTRATIVE REMEDIES

TO INMATE (MONTALBAN) SEND TO THE NORTEASTHREGIONAL OFFICE [AND THE

SOUTEASTHREGIONAL OFFICE] and later to [ CENTRAL OFFICE ],,.

** PLAINTIFF CAN "PROVE" THAT  THE ADMINISTRATIVE REMEDIES SEND TO

THE DIFFERENTS REGIONALS [SOUTEASTH & NORTEASTH[ AND LATER [CENTRAL

OFFICE ] 'was DUPLICATED FOR TO THE DIFFERENTS REGIONALS AS TO THE

 CENTRAL OFFICE," AND THE ALLEGEDLY "RELIEF"INMATE (MONTALBAN) PURSUIT

TO REDDRESS FOR THE VIOLATIONS OF HIS CONSTITUTIONAL RIGHTS,,."

** (●FIGGSGANTER ) IS AT EMPLOYEE OF THE [FBOP] AND ●HE MADE THE SHORT

LIST OF THE "FULLY ADMINISTRATIVE REMEDIES EXHAUSTED,"AND THE ALLEGE

ADMINISTRATIVE REMEDIES UNEXHAUSTED",,

"BUT MR FIGGSGANTER)MENTIONED SOME ADMINISTARTIVE REMEDIES BEFORE THE
THE USP CANNAN,Pa. " AND THE ISSUE MATTERS HERE,IN THIS CIVIL CASE IS
RIGHT KNOW AT USP-1,COLEMAN,FL." AND ADMINISTRATIVE REMEDIES,,."

** REMEDY NUMBER # I.D.[840409-F1] " DELIVERED TO THE UNIT TEAM AT

    B-UNIT ] " ALLEGIN THAT HE HAD UNRESOLVED MEDICAL ISSUE WITH HIS

    "LEFT SHOULDER", AND ALLEGLY LOST HIS PERSONAL PROPERTY AND THE

    LEGAL MATERIALS,DOCUMENTS,. [ OCTOBER/23/2015]

   ** NOTICE OF THE REJECTION [OCTOBER/28/2015] "THIS REMEDY WAS

REJECTED [OCTOBER/28/2015] THE REJECTION CODE",INDICATE THAT THE

REMEDY WAS REJECTED BECAUSE THE INMATE "RAISED MORE THAN ONE ISSUE

"WHEN HE IS ONLY ALLOWED TO RAISE ONE ISSUE PER REMEDY (MLT),."

 " IT IS ALSO REJECTED BECAUSE INMATE FAILED" TO PROVIDE SPECIFIC

INFORMATION AS TO HIS ALLEGATIONS AND HOW IT RELATED TO HIS CONFINE

-MENTS (MSI),.

** REMEDY NUMBER # I.D.[840409-F2] " (NOVEMBER/02/2015]' "LOST OF

PROPERTY AT USP- CANNAN,Pa.' " FROM THE RECORD IT APPEARS HE PROVIDED

ADDITIONAL INFORMATION INDICATING THE ISSUE HE SOUGHT RELIEF" FROM

OCURRED  IN (JULY/2014) "THIS RESUBMITTED REMEDY WAS THE REJECTED

AS"UNTIMELY" (UTF) BOP)POLICY STATES THAT AN INMATE HAS TWENTY(20)

DAYS CALENDARS FROM THE DATE OF THE INCIDENT TO FILE HIS REMEDY AND

HE "FAILED" TO DO SO.."   IT APPEARS THAT THE REMEDY WAS FILED UNTI-

- MELY" EVEN IF YOU RELATE THE DATE BACK,"TO THE ORIGINAL DATE ,HE

FILED THE INITIAL RMEDY,." THE INMATE NEVER FILED AN APPEAL" TO THE

REGIONAL OR CENTRAL OFFICE,,." [DATED OF THE REJECTION(NOV/05/2015]

** PLAINTIFF ALLEGE THAT (FIGGSGANTER♥) MADE THE WRONG",SHORT LIST

FOR THE ADMINISTRATIVE REMEDIES FOR THE "SOUTEASTH REGIONAL OFFICE]

as at FOLLOW:

* [ 848746-R1] [JANUARY/11/2016]"DELIVERED"
                [JANUARY/19/2016] "REJECTED","HE ALLEGDLY THAT HE WAS
                DENIED HIS PROPERTY",
   " WAS REJECTED  THE SAME DAY [JANUARY/19/2016] "THE REJECTION WAS
THAT THE ISSUE "RAISED" WAS NOT A "SENSITIVE" ISSUE AS HE CLAIMED",
WICH REQUIRED HIM TO REFILE HIS CLAIMS AT THE "INSTITUTION LEVEL.
   " THERE IS NOT RECORD,HE FILED AN APPEAL AFTER THIS REJECTION",.

** [ 848748-R1] [JANUARY/11/2016] "DELIVERED"
                [JANUARY/'unknkown DATED TO THE INMATE"
       ** DEALT WITH AN ALLEGED "STAFF ASSAULT"

** PLAINTIFF ALLEGE THAT    ).(FIGGSGANTER  " DELIVERATE MADE THE

SHORT LIST.AS TO INMATE (MONTALBAN) FAILED TO EXHAUST ADMINISTRATIVE

REMEDIES IN THE RIGH TIME,AND SUBMITTED TO THE SOUTEASTH REGIONAL

OFFICE,."  " BOTH REMEDIES [ 848748-R1][848746-R1] "WAS DUPLICATED

AT THE MOMENT INMATE (MONTALBAN) DELIVERED TO THE NORTEASTH REGIONAL

OFFICE,." IF" (FIGGSGANTER♥) DONT PUT IN THE SHORT LIST OF THE (16)

ADMINISTRATIVE REMEDIES INMATE (MONTALBAN) SUBMITTED TO THE THREE

LEVELS [INSTITUTION,REGIONS(SOUTEASTH & NORTEASTH)(CENTRAL OFFICE)

●HE STATED IN HIM "DECLARATION" OF"AFFIDAVITTS" "FAILURE-TO-EXHAUST"

IN DEFENDANTS DEFENSE FOR THE COMPLIANT OF INMATE (MONTALBAN),,."

** [ 849260-R1] "STAFF MISCONDUCT"

** [ 849264-R1] "REQUEST FOR MEDICAL TREATMENT"

* BOTH ADMINISTRATIVE REMEDIES SEND TO THE NORTEASTH REGIONAL OFFICE

**PLAINTIFF ALLEGE THAT HIM SEND THE ADMINISTRATIVE REMEDIES TO THE

"SOUTHEASTH REGIONAL OFFICE ( REQUEST FOR MEDICAL TREATMENT) AND THE

(STAFF ASSAULT ) " AND NEVER HAVE THE"NOTICE OF REJECTION" IN TIME.
in the right time by the policy of [FBOP]./

-9-

** PLAINTIFF ALLEGE THAT (FIGGSGANTER   , MADE THE"WRONG SHORT LIST"
WITH THE REFERENCE OF THE ADMINISTRATIVE REMEDIES FOR THE CENTRAL
OFFICE (BP-11) AS TO FOLLOW:

** REMEDY [ 848746-A1] "DELIVERED[APRIL/18/2016]
                         [ MAY/10/2016] 'REJECTED", DENIED OF PROPERTY
            WITH NOT REMARKS,INMATE NOTICE UNKNOWN

   * WAS RECEIVED BY THE [BOP] AT CENTRAL OFFICE LEVEL ON [APRIL/25/
/2016] " INMATE (MONTALBAN) ALLEGE THAT HE WAS DENIED HIS PROPERTY

   " THE REMEDY WAS REJECTED [MAY/10/2016] BECAUSE THE REMEDY WAS
FILED AT THE WRONG LEVEL BASED ON THE ALLEGATIONS MADE IN THE REMEDY
"THE REJECTION CODE ALSO INDICATES HE SHOULD "FOLLOW THE DIRECTIONS
PROVIDED ON PREVIOUS REJECTIONS NOTICES,."

** REMEDY [ 848748-A1] "DELIVERED [APRIL/18/2016]

                         [ MAY / 10 /2016] " REJECTED",STAFF ASSAULT"
            "DEALT WITH AN ALLEGED "STAFF ASSAULT""DENIED BY THE BOP
            "WITH NOT REMARKS,NOTICE TO INMATE "UNKNOWN"

** PLAINTIFF ALLEGE THAT (FIGGSGANTER   ) "NEVER EXPLAINED HOW SHE
FINDS THE ADMINISTRATIVE REMEDIES WERE "FULLY EXHAUST" AND TO HOW
THE ADMINISTRATIVE REMEDIES WERE NOT "FULLY EXHAUST" UNDER THE(PRLA)
OR POLICY BY THE [FBOP]

** PALINTIFF ALLEGE THAT HIM "NEVER HAVE OR RECEIVE THE "NOTICE OF
REJECTION" FOR THE CENTRAL OFFICE IN THE RIGHT TIME BY POLICY OF [FBOP]
' UNKNOWN DATE TO AT INMATE FOR AT "REPPLAY THE"REJECTION"

- h -

** (MONTALBAN) FILED AN ADMINISTRATIVE APPEAL TO THE REGIONAL

DIRECTOR ON ( JANUARY/11/2016) "WICH WAS LOGGED IN THE COMPRENSIVE

"INDEX" AS HAVING BEEN RECEIVE,."

** ON ( "UNKNOWN DATE TO PLAINTIFF)(2016) THE REGIONAL DIRECTOR

DENIED (MONTALBAN) ADMINISTRATIVE APPEAL,,."

** ON ( APRIL/18 /2016) (MONTALBAN) FILED AT ADMINISTRATIVE APPEAL TO

THE BOP"s  GENERAL COUNSEL ,,

** ON ( "UNKNOWN DATE TO PLAINTIFF)(2016) THE BOP"S GENERAL COUNSEL

denied $montalban$ form ADMINISTRATIVE APPEAL,,."

**  AS THE COURT PREVIOUSLY NOTED ,"FAILURE" TO EXHAUST ADMINISTRATIVE

REMEDIES,IS AN AFFIRMATIVE DEFENSE  THAT MUST BE PROVEN BY THE

DEFENDANTS,,.

** THE DEFENDANTS CLAIMS THAT (MONTALBAN) HAS "FAILED" TO EXHAUST

AVAILABLE ADMINISTRATIVE RMEDIES WITH RESPECT TO (DATED:DECEMBER/28/

/2012'       ) INCIDENTS, BUT THE COMPRENSIVE "INDEX" OF (MONTALBAN)

ADMINISTRATIVE RMEDYS REQUESTS SUBMITTED BY THE DEFENDANTS THEMSELVES

IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT",SUGGEST THAT(MONTALBAN)

FILED AT  LEAST     POTENTIALLY RELEVANT ADMINISTRATIVE REMEDY REQUEST

LABELED "STAFF ASSAULT' "REQUES FOR MEDICAL TREATMENT WITHIN TWO YEARS OF

LIMITATION )( OCTOBER/20/2015)(BP-8)(BP-9)]  "AND THAT HE SUBSECUENTLY

FILED ADMINISTRATIVE APPEAL AT ALL LEVELS OF THE [BOP] ADMINISTRATIVE

REMEDYS PROCESS,,."

** (MONTALBAN) HAS NOT HAD THE OPPORTUNITY TO CONDUCT ANY "DISCOVERY"

INTO THIS MATTER AS YET,,."

"ADMINISTRATIVE REMEDYS GRIEVANCES AS"ATTACHMENTS"

** [ 840409-F1][october/23/2015] "DELIVERED" AT USP-1,COLEMAN,FL.
            [October/28/2015]" REJECTION,DENIED"

** [ 840409-F2][ NOvember/02/2015]"DELIVERED" AT USP-1,COLEMAN,FL.
            [ November/05/2015] "REJECTION UNTIMELY"

** [ 849260-R1][ JANUARY/11/2016[[DELIVERED" NORTEASTH REGIONAL OFFICE
            [ JANUARY/19/2016]" REJECTED",WITH REMARKS"WRONG
            REGION," STAFF MISCONDUCT"

** [ 849264-R1][ JANUARY/11/2016][ DELIVERED'NORTEASTH REGIONAL OFFICE
            [JANUARY/19/2016]" REJECTED",WITH REMARKS,WRONG
            REGION", "REQUEST FOR MEDICAL TREATMENT"

** [ 848746-R1][ JANUARY/11/2016] "DELIVERED'SOUTEASTH REGIONAL OFFICE
            [JANUARY/19/2016] "REJECTED,WITH NOT REMARKS,"AND
            "DENIAL OF PROPERTY","UNKNOWN TO INMATE NOTICE OF THE
            REJECTION,"

** [ 848748-R1][ JANUARY/11/2016] "DELIVERED'SOUTEASTH REGIONAL OFFICE
            [JANUARY/19/2016] "REJECTED",WITH NOT REMARKS,"AND
            "ALLEGE STAFF ASSAULT","UNKNOWN TO INMATE,NOTICE OF
            REJECTION,,"

**[ 848748-A1] [ APRIL/18/2016] "DELIVERED" CENTRAL OFFICE"
            [APMAY/20/2016] "REJECTED" WITH NOT REMARKS,"AND
            "ALLEGE STAFF ASSAULT","UNKNOWN TO INMATE NOTICE OF THE
            REJECTION,,"

** [ 848746-A1][ APRIL/18/2016] "DELIVERED" CENTRAL OFFICE"
            [MAY  /10/2016]" REJECTED",WITH NOT REMARKS,AND"
            "ALLEGE DENIAL OF PROPERTY","UNKNOWN TO INMATE NOTICE
            OF THE REJECTION,,"

** PLAINTIFF ALLEGE THAT MR(FIGGSGANTER) NEVER MENTIONED THE REMEDIES

PLAINTIFF SEND TO THE SOUTEASTH REGIONAL OFFICE (STAFF ASSAULT) AND

(REQUEST FOR MEDICAL TREATMENT ) AS DUPLICATIVE FOR THE NORTEASTH

REGIONAL OFFICE ",AND THIS REGIONAL SEND BACK TO INMATE (MONTALBAN) THE

"NOTICE OF THE REJECTION" AS POLICY BY THE [FBOP],,.

** NEVER MENTIONED THE ADMINISTRATIVE REMEDIES AT USP-1,COLEMAN,FL

(BP-9) TO THE WARDEN OFFICE'( STAFF ASSAULT""REQUEST FOR AT MEDICAL CARE)

TREATMENT,) (DATED:OCTOBER/20/2015] AND ANOTHER (BP-9) [DATED: NOVEMBER

/20/2015 ] to the warden office (REQUESTING AT ANSWER FOR THE PREVIOUS

# ATTACHMENT

** THE PERSONNEL OF USP-1,COLEMAN,FL. " INCLUDING THE UNIT MANAGER
MR.HUETT,"COUNSELOR,MR,PHILLIPS AT H_-UNIT ,(BP_8) AND LATER THE
(BP-9) WITH THE ALLEGE MR.MILLER (ASSOCIATTE WARDEN)ACTING AT THAT
TIME (JUNE/16/2016 )  AND LATER THE WARDEN (MS.TAMYRA JARVYS) ITSELF
SEND ME AT INMATE TRULINK E-MAIL (JULY/16/2016) THE SAME ANSWER OF THE
(MR.MILLER(A.W.) BUT "THEY NEVER ANSWER THE (BP-9) BY THE POLICY OF
[BOP] AND THE OPPORTUNITY TO OBTAIN AT(I.D. CASE NUMBER FOR TO PROCEED
TO AT HIGHER LEVEL TO THE SOUTEASTH REGIONAL OFFICE BY THE POLICY OF
[BOP],,  so they "IMPEDED,THWARTED,DENIED THE OPPORTUNITY TO OBTAIND
ADMINSTRATIVE REMEDIES GRIEVANCES REQUEST FOR THE MISCONDUCT OF STAFF.
[COUNSELOR MR,PHILLIPS AT H-UNIT "CHALLENGE PROGRAM",.

** PLAINTIFF ALLEGE THAT THE DEFENDANTS "CONFISCATED,THWARTED,LOST,
DESTROYED,HIDE & SEEK", AND "TRIKERY INMATE (MONTALBAN) TO BELIEVE THE
DOCUMENTS  THEY WANT TO SIGNED ON DATED: [JUNE/10/2016] WAS LEGAL MAIL:
AND LATER THEY CAN JUSTIFIED THEY PROVIDE WITH THE ADMINISTRATIVE
REMEDIES NOTICE OF REJECTION IN THE RIGHT TIME OF THE SOUTEASTH
REGIONAL OFFICE OR NORTEASTH REGIONAL OFFICE OR CENTRAL OFFICE AND
THE FEDERAL COURT OF OCALA,FL. "LEGAL MAIL""REGULAR MAIL",AND DENIED
THE ACCESS TO THE COURTS,"RETALIATION,VIOLATIONS OF CONSTITUTIONAL
RIGHTS OF INMATE (MONTALBAN),,".

    **AFTER  FIVE(5) MONTHS LATER OF THE NOTICE OF REJECTION FOR THE
SOUTEASTH REGIONAL OFFICE ,,"

** MOREOVER THE ONE ADMINISTRATIVE REQUEST FILE THAT WAS SUBMITTED

FOR THE RECORD PERTAINING TO ( JUNE/10/2016)(BP-8)(BP-9)  TO THE

COUNSELOR PHILLIPS AT "H-UNIT CHALLENGE PROGRAM",.

* ALLEGES THAT (MONTALBAN) ENCOUNTER OBSTRUCTIVE CONDUCT BY CERTAIN

[BOP] EMPLOYEES, "IMPEDING,OBSTRUCTED,THWARTED,CONFISCATED,"HIM FROM

EXHAUSTING ADMINISTRATIVE REMEDIES AND THE COMPRENSIVE "INDEX" SUGGEST

THE FILING OF SEVERALS OTHERS GRIEVANCES ALLEGING STAFF INTERFERENCES

OR "MISCONDUCT"WITH RESPECT TO THE ADMINISTRATIVE REMEDIES PROCESS,,."

* THE PREDATE THE (JUNE/10/2016)(BP-8)(BP-9) "INCIDENTS CONSIDERABLY

REQUESTS FOR THE "CONFISCATION,THWARTED,IMPEDE,HIDE & SEEK,WITH THE

LEGAL MAIL,REGULAR MAIL,"SOUTEASTH REGIONAL OFFICE,NORTEASTH REGIONAL

OFFICE,CENTRAL OFFICE IN WASHIGNTON D.C.".ATTORNEY MAIL:GINO BARTOLAI.

"FEDERAL COURT OF OCALA,FL. "CIVIL CASE NO: 5:15-cv-635-oc-10prl'.

(OBSTRUCTION FOR THIS ACCESS TO THE COURT AND LATER DISMISS THE CASE)

ATTAHCED COPYS".

MOREOVER IN REVIEWING THE COMPLETE LIST THERE ARE SEVERAL ADMINISTRATIVE

REMEDYS REQUEST FILED CLOSE IN TIME TO THE INCIDENTS THAT ARE OMMITED

FROM (CAIXA SANTOS)   "SHORT LIST,,"

 "  THIS IS FURTHER UNDERSCORED BY THE SUBSTANCE OF THE "ONLY THE

ADMINISTRATIVE REMEDYS REQUEST FILE":THAT HAS BEEN SUBMITTED BY INMATE

(MONTALBAN) AND WITH NOT RESPONSE BY THE WARDEN OFFICE,ONLY BY THE

"ASSOCIATTE WARDEN MY MILLER (june/16/2016) "HE WAS ACTING AS WARDEN

IN THAT TIME (MS,TAMIRA JARVYS] warden) SHE WAS NOT THERE IN THE USP-

-1,COLEMAN, FL. in that time of the INCIDENTS WITH THE STAFF MEMBER".

"BUT INMATE (MONTALBAN) CHALLENGE IS "IF" THE ACTING WARDEN WAS MR.

MILLER", IN THAT TIME "WHY HE DONT RESPOND TO THE inmate (MONTALBAN)

(BP-9) (JUNE/16/2016)  "ATTACHED COPY""

**GIVEN THE FOREGOING THE COURT CONCLUDES THAT THROUGH HIS PURSUIT

OF GRIEVANCES No: (


  PLAINTIFF EXHAUSTED THE ADMINISTRATIVE REMEDIES AVAILABLES TO HIM

WITHIN THE MEANING OF  42 U.S.C.§ 1997e(a).  " AS INITIAL MATTER

THE "FAILURE" OF PRISONS OFFICIALS TO SEE IT THAT PLAINTIFF RECEIVED

THE WARDEN DECISION WITHIN THE TIME PERIOD PRESCRIBED BY THE USP-1,

COLEMAN,FL. "GRIEVANCE PROCEDURE "COMPELS A FINDING THAT PLAINTIFF

"SATISFIED THE EXHAUSTION REQUIREMENTS IMPOSED UPON HIM BY THE STATUTE

  AS OTHERS COURTS FACED WITH SIMILAR FACTS HAVE HELD THE "FAILURE"

OF PIRSONS OFFICIALS TO ACT ON A GRIEVANCES IN ACCORDANCES WITH THE

GUIDELINES ANNOUNCED IN THEIR OWN OPERATIONS PROCEDURES SUSTAIN A

"FINDING OF EXHAUSTION UNDER THE "PLRA",,

SEE [ e,g.POWE  V. ENNIS) 177 F.3d.393,394(5th CIr.1999) " A VALID
     PRISONER's ADMINISTRATIVE REMEDIES ARE "DEEMED EXHAUSTED WHEN A
     VALID GRIEVANCES HAS BEEN FILED AND THE STATES TIME FOR RESPONDING
     THERETO HAS EXPIRED,,."

** INDEED IN ANOTHER CASE BY PLAINTIFF THIS COURT HAS UNAMBIGUOSLY

HELD THAT THE "FAILURE" OF DEFENDANTS TO NOTIFY AN INMATE OF THE

DENIAL OF HIS GRIEVANCES WITHIN THE APPROPIATTE TIME ESTABLISHES THE

RIQUISITE "EXHAUSTION UNDER 42 U.S.C.§ 1997e(a),,.

  SEE [ DAKER  V. WETHERINGTON] No: 1:01-cv-3527 rws,slip op. at
       6-7 ( N.D.Ga. Dec.23,2002 )

         *       *       *       *

  SEE [ MILLER  V. NORRIS] 247 F.3d. 736,740 (8th CIr. 2001]
       ( IN CONTEXT OF PRLA EXHAUSTION CHALLENGE RECOGNIZED THAT
   "AVAILABLE"MEANS INMEDIATELY UTILIZABLE( ) "AND HELD "WE BELIEVE
     THAT A REMEDY THAT PRISON OFFICIALS PREVENT PRISONER FROM
     UTILIZING) IS NOT AN AVAILABLE REMEDY UNDER 42 U.S.C.§ 1997e(a)

** THE EVIDENCE OF RECORD DEMOSTRATE THAT AS OF THE DATE PLAINTIFF

FILED THIS LAWSUIT HE HAD EXHAUSTED ALL ADMINISTRATIVE REMEDIES

AVAILABLES TO HIM WITHING THE MEANNING OF 42 U.S.C.§ 1997e(a).

*ved*
*elor Phillip*

## INFORMAL RESOLUTION FORM

**NOTICE TO INMATE:** Bureau of Prisons Program Statement 1330.13 requires that except as provided in 542.13(b) an inmate shall first present an issue of concern informally to staff and staff shall informally attempt to resolve the issue prior to submitting a BP-9. A separate form must be used for each issue.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**INSTRUCTIONS:** Counselors will complete and attach this form to each Request for Administrative Remedy Form (BP-9) submitted, if not informally resolved.

MONTALBAN JOSE #11497-170    H-Unit    Date: /10/11
Inmate Name _____ Register No. _____ Qtrs./Unit _____ Inmate Signature

1. Specific complaint (one 8½" x 11" continuation page may be attached):
TWO WEEKS AGO MY COUNSELOR PHILLIP-H-UNIT, CALL ME FOR IGI LEGAL MAIL I NEED TO SIGNED FOR ONE MANILA ENVELOPE, I TELL HIM THIS ENVELOPE IS OPEN ALREADY, NO NAMES IN THE FRONT OF THIS, ATTACHED

2. What efforts have been made by the inmate to resolve the complaint informally? To whom has the inmate spoken?
TO THE "ASSOCCIATE WARDEN", TO THE UNIT MANAG #1 I SEND A MESSAGE FOR TRULINKS-POUPUTER AND (OP-OUT

3. What action do the inmate wish to be taken to correct the issue?
STOP IT!!, TO CONFISCATED MY LEGAL-MAIL FROM ALL DIFERENTS FEDERAL AGENCYS AND FEDERAL COURT OF OCALA, AND PASS TO ME THE LEGAL MAIL IN CORRECT TIME !!!!

Correctional Counselor's Comments (including actual steps taken to resolve).

_____

_____

_____

_____

_____

Correctional Counselor _____ Date _____     Staff Circle One:

Unit Manager's Review                                Informally Resolved   Not Informally

Unit Manager _____ Date _____

Distribution by Correctional Counselor:

1. If complaint is informally resolved, maintain original on file in the Unit.

2. If complaint is not informally resolved, attach original to BP-9 Form and forward to Administr for processing.

| | Inf. Resolution Form Issued to Inmate | Inf. Resolution Form Returned to Counselor | BP-9 Issued to Inmate | BP-9 Returned to Counselor |
|---|---|---|---|---|
| Date: | _____ | _____ | _____ | _____ |
| Time: | _____ | _____ | _____ | _____ |
| Counselor: | _____ | _____ | _____ | _____ |

FCC COLEMAN

ATTACHED.

MANILA ENVELOPE, OR ¿WHO SEND THIS
ENVELOPE? OR MY NAME, REGISTER NUMBER? NOTHING...
        I REFUSED TO SIGNED FOR THIS MANILA
ENVELOPE, MY COUNSELOR CALL THE OFFICER-NELSON.
FROM MY UNIT "H", AT HIM EXPLAINED TO BE HIS WIS-
-TNESS, BECAUSE I REFUSED TO SIGNED FOR THIS
MANILA ENVELOPE; AND MY COUNSELOR "PHILLIP"
        CONTINUE TO OPEN THE ENVELOPE, AND REMOVE
DIFERENTS DOCUMENTS: FROM THE SOUTHEAST REGIONK
NORTHEAST REGIONAL, CENTRAL OFFICE REGIONAL, AND
SOME LETTERS FROM: FEDERAL COURT OF OCALA, FL.
        I ASK MY COUNSELOR PHILLIP- ABOUT ¿WHO SEND
THIS ENVELOPE NOW, AND NOT BEFORE IN TIME, FROM
THE MAIL ROOM, OR FROM MY UNIT TEAM?
        HIM STARTED THIS ENVELOPE COME FROM HERE
COLEMAN, BUT HIM DON'T WANT IT SAY AT NAME??
⊛⊛⊛ THE SUPREM COURT, HAS MADE IT CLEAR THAT PRISON
INMATES RETAIN ALL "FIRST AMENDMENT RIGHTS", NOT
INCOMPATIBLE WITH THEIR STATUS AS PRISONERS OR WITH
THE LEGITIMATE PENOLOGICAL OBJECTIVES OF THE CORRECTION
SYSTEM... ⊛⊛⊛ THE LEGAL-MAIL, IS ENTITLED TO A
HEIGHTENED LEVEL OF PROTECTION TO AVOID IMPINGING
ON A PRISONERS LEGAL RIGHTS, THE ATTORNEY-CLIENT
PRIVILEGE AND THE RIGHT TO ACCESS THE COURT'S...
[CAVEY V. WILLIAMS] TO THE WARDEN.. VIOLATED THE
PRISONER, "FIRST AMENDMENT RIGHTS", FOR COMUNICATING
HIS OR HERS COMPLAINTS TO HIGHER ADMINISTRATIVE LEVEL
IS A MUCH A DENIAL OF THE RIGHT... ⊛⊛⊛⊛

eral Bureau of Prisons

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: MONTALBAN JOSE #11497-179   "H"   FCC-COLEMAN-USP
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

Part A- INMATE REQUEST   I REQUEST TO YOU (WARDEN) ABOUT THE
ADMINISTRATIVE REMEDY'S STATUS, (BP-10) SOUTHEAST REGIONA
(BP-10) NORTHEAST REGIONAL, PA. (BP-11) CENTRAL OFFICE REGIONAL.
THE LAST TWO WEEKS MY COUNSELOR "PHILLIP" FROM
"H" UNIT, CALL ME FOR LEGAL-MAIL AND I NEED TO SIGNED
FOR THE MANILA ENVELOPE, I TELL MY COUNSELOR "PHILLIP", TH'
COME OPEN ALREADY AND NOT NAME IN THE FRONT OF THIS
ENVELOPE, OR WHO SEND TO ME, OR FEDERAL AGENCY."
   I REFUSED TO SIGNED AND COUNSELOR "PHILLIP, CALL
THE OFFICER OF THE UNIT-H", HIM PROCEDE TO OPEN THE
ENVELOPE AND SHOWME LEGAL DOCUMENTOS FROM DIFEREN'
REGIONALS AND LETTERS FROM FEDERAL COURT OF OCALA, FL.
   JUNE- 10 -2016   SOMETHING IS WRONG HERE!!    I TELL HI'
DATE                                    SIGNATURE OF REQUESTER

Part B- RESPONSE
   THIS IS AT A COPY OF THE ANSWER FROM MY COUNSELOR
PHILIP-H-UNIT!! HIM PASS TO ME THE ANSWER OF MY
BP-8 (JUNE-10-2016; PASS TO HIM, IN THE TIME 12:50 PM)
   AND YESTERDAY, JUNE-29-2016, I RECEIVED THIS
ANSWER, BUT NOT THE (BP-9); AND THE UNIT MANAGER
MR: HUITT; SIGNED TO... DATED: 6-10-2016 (13:10 PM)
   THEY MADE AT MISTAKE, THEY ADMITED TO HAVE IT!!
       (BP-10, SOUTHEAST REGIONALS ATL.)  I SEE IT "ORIGINA'
MY'S {BP-11, CENTRAL OFFICE REGIONALS}   THE DATES!!(!)
       (BP-10) NORTHEAST REGIONAL PA.   OF RECEIVED)!!!...
   THEY CONFISCATED MY'S "REPLAY'S, REMEDY'S
LEGAL MAIL FROM FEDERAL COURT OCALA. FL.
   AND REGULAR MAIL TO... MEXICAN CONSULATED TO...!!!

DATE                                 WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE                    CASE NUMBER: _____

                                              CASE NUMBER: _____
Part C- RECEIPT
Return to: _____
          LAST NAME, FIRST, MIDDLE INITIAL    REG NO.    UNIT    INSTITUTION
SUBJECT: _____

_____
DATE                              RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN                                                    BP-229(13)
          Printed on Recycled Paper                        APRIL 1982

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) WARDEN | DATE: 6/9/16 |
|---|---|
| FROM: MONTALBAN JOSE | REGISTER NO.: #11497-179 |
| WORK ASSIGNMENT: NONE | UNIT: "H"-UNIT |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.)

I SEND THIS REQUES TO YOU (Ms: TAMYRA
WARDEN)

IS ABOUT AT A REQUEST TO MY UNIT TEAM
AND "ASSOCIATE WARDEN", ABOUT MY STATUS
OF RESPONSE FROM: SOUTHEAST REGIONAL (BP-10)
NORTHEAST REGIONAL, PA. (BP-10) TORT-CLAIM
CENTRAL OFFICE REGIONAL (BP-11)

TWO WEEK'S AGO MY COUNSELOR, TELL ME I GOT
LEGAL MAIL, AND I NEED TO SIGNED FOR THE ENVELOPE
AND I TELL HIM, THIS ENVELOPE IS OPEN ALREADY, NOT NAME
IN FRONT THE ENVELOPE: WHO SEND THIS ENVELOPE?

(Do not write below this line)

DISPOSITION:



See attached



| Signature Staff Member | Date 6-16-16 |
|---|---|

Record Copy - File; Copy - Inmate                     This form replaces BP-148.070 dated Oct 86
(This form may be replicated via WP)                  and BP-S148.070 APR 94

## RESPONSE TO INMATE REQUEST TO STAFF MEMBER

**NAME:   Montalban, Jose**

**Register Number:   11497-179**            **Unit:   H-Unit**

This is in response to your correspondence to Warden Jarvis.   You indicate your Unit Counselor did not follow legal mail procedures when delivering you "legal mail" from the Northeast Regional Office (BP-10) and Tort-Claim from Central Office (BP-11). You indicate when presented with the mail the envelope had been previously opened without a name on the front of the envelope and you question who it was sent from.

A review of the issues raised in your correspondence has been conducted.   The results of the review indicate Bureau of Prison forms (BP-10 and BP-11) do not constitute "legal mail" and therefore do not fall under the same requirements.   Typically, those forms are sent in bulk mail from the respective offices and delivered to the institution, where they are sorted and delivered to the identified inmates.   However, do to the sheer number of forms, your remedies were placed in a manila envelope by institution staff and forwarded to your Unit Team.   When your Unit Counselor attempted to deliver the paperwork to you, you denied accepting any of it.   As a result, unit staff documented their attempt to deliver the documentation and your denial for future reference, if needed.   Therefore, your Unit Team staff is not acting in malice, but following policy guidelines.

I trust this addresses your concerns.

_____            _6-16-16_
G. Miller, Associate Warden                           Date

ATTACHMENT

U.S. Department of Justice

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-DIR-9 and BP-DIR-10, including any attachments must be submitted with this appeal.

From: __Montalban, Jose__ _____ __11497-179__ _____ __Unit-H__ _____ __FCC; Coleman USP-1__
LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

**Part A—REASON FOR APPEAL** On January 4, 2016, I filed a "Sensitive BP-10" with both the North and Southeast Regional Offices. These grievances were pertaining to medical issues I endured during the severe physical beatings I received from USP Canaan's staff after an assault with staff I was involved in on December 28, 2012. I sustained numerous injuries that were NEVER treated and I had developed seizures that have created more injuries to my person (broken wrist bones [untreated] and a broken collar bone [treated]) after these beatings by staff that prior to I had never had. To date I had only received a rejection notice from the Northeast office (see attached) and nothing from the Southeast Office. As per Policy these replies and non replies are to be taken as being denied greivances and I am proceeding with my remedy and filing an appeal to your office. The relief I request is clearly outlined within the BP-10 I have attached to this BP-11 appeal and the complaint and accusations stated therein are to be applied and used within this grievance. I want the relief I am and have been requesting as well as any disciplinary actions taken against the staff members involved as per policy.

__April 15, 2016__ _____       _____ 4/15/16
DATE                        SIGNATURE OF REQUESTER

**Part B—RESPONSE**

_____             _____
DATE                            GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE       CASE NUMBER: _____

**Part C—RECEIPT**

CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

SUBJECT: _____

DATE

U.S. Department of Justice

Federal Bureau of Prisons

Regional Administrative Remedy Appeal

***SENSITIVE REMEDY***   ***SENSITIVE REMEDY***NORTHEAST
SOUTHEAST

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-DIR-9 including any attachments must be submitted with this appeal.

From: **Montalban, Jose**    11497-179    **Unit-B**    FCC; Coleman USP
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

Part A—REASON FOR APPEAL Since the date of December 28, 2012, Mr. Montalban on the 28th was involved in an assault with staff, while being subdued he was deliberately assaulted by USP Canaan's staff who reported to an Officer's body alarm call. After, during and before Mr. Montalban was subdued and shackled by several officers and during this they used violent and unnecessary use of force to instill physical pain and damage by punching, kicking, and using blunt metal objects (security keys, and a two-hole hole punch) to Mr. Montalban's head and body areas. The most damage and assault was directed to Mr. Montalban's head where he has suffered a broken orbital bone, some type of fracture to his forehead region, and to date he has not received any treatment to correct these damages nor even after a District Judge had ordered and gave a directive for the Marshals/FBOP to provide exploratory and exculpatory radiological testing (CT Scans & MRIs, etc.) performed to assess if any internal damages have been caused (since his attack Mr. Montalban has had on a daily occurance been through multiple seizures that basically has caused him to break his clavicle bone and both bones in his forearm). Even though he has had his clavicle bone repaired, he has yet to be diagnosed by any outside specialists for the injuries to his head and given no clear indication of when he will if at all be seen by any outside specialists or receive any exculpatory and explorative tests done to assess how much damage has been caused by these assailants at/USP Canaan. The doctor and medical staff at USP-1 Coleman are reluctant and cynical in treating Mr. Montalban's injuries. This is not...

01-04-16
DATE    SIGNATURE OF REQUESTER

Part B—RESPONSE

DATE    REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE    CASE NUMBER: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Part C—RECEIPT    CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

***SENSITIVE REMEDY***SENSITIVE REMEDY***SOUTHEAST/NORTHEAST

is not to say USP-1 Coleman's medical are deliberately interfering with my right to medical access, but they are not providing me with the care necessary to resolve my issues in any fashionable time-frame. I'm in constant fear that I've had serious brain damage cause by USP Canaan's staff and each day it may be progresively getting worse. I have notified the Middle District of Florida's Federal Court for an Temporary Injunction for relief and assistance as well as I have written the U.S. D.O.J. and the F.B.O.P.'s offices for their intervention of this matter.

I request to 1) have all exploratory testing (CT-Scans, MRIs, etc.) performed and for these results to be , 2) provided to a Neuro & Orthopedic Specialists to be evaluated and to be seen immediately by these specialists as well, 3) to have any/or all of theses specialists recommendations and treatment orders to be followed and carried out without any delay, and 4) for USP-1 Coleman's staff to not retaliate, interfere with, or inhibit in any way my access to the request I ask and not rtaliate, interfere with or inhibit my access to any/or all outside organizations or family members for assistance/ or help I may need to have these needs met.

Dated: 01-04-16

Respectfully submitted,

Mr. Jose Montalban
Reg. #: 11497-179
FCC; Coleman USP-1
P.O. Box 1033/ Unit-B
Coleman, Florida 33521-1033

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

COMPLETE THIS SECTION ON DELIVERY

X _____  ☐ Agent
                  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
K. T Taylor                       1-15-16

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

1. Article Addressed to:

Federal Bureau of Prisons
Southeast Regional office
Assault Remedy Department
3800 Camp Creek, PKwy, SW
Atlanta, GA 30331

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)           ☐ Yes

2. Article Number
   (Transfer from service label)    7015 0640 0006 2886 0621

PS Form 3811, February 2004       Domestic Return Receipt        102595-02-M-15

---

UNITED STATES POSTAL SERVICE
GA 301
15 JAN '16
FN 151

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Jose Montalban
Register #: 11497-179
FCC: Coleman USP-1
P. O. Box 1033/Unit-B
Coleman, Florida 33521-1033

B

21103333

125

UNICOR FEDERAL PRISON INDUSTRIES, INC.
LEAVENWORTH, KANSAS

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on* ~~FCC~~ COLEMAN

**From:** Montalban Jose #11497-179 "B" USP-① coleman ~~Florida~~
LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

**Part A- INMATE REQUEST** I request at Answer from the Last (BP-9) dated on [OCTOBER/20/2015], is almost at Month and I don't get at "NOTICE" of the STATUS OF THE (BP-9) DATED ON [OCTOBER/20/2015], I need the Answer *ATTACHED COPY* for continuing the grievances to at Higher Level!!!!

Thank you!!!

NOVEMBER/20/2015
DATE

SIGNATURE OF REQUESTER

**Part B- RESPONSE**

_____ DATE

_____ WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**        CASE NUMBER: _____

**Part C- RECEIPT**        CASE NUMBER: _____

Return to: _____

UNICOR FEDERAL PRISON INDUSTRIES, INC
LEAVENWORTH, KANSAS

**U.S. DEPARTMENT OF JUSTICE**                                   **REQUEST FOR ADMINISTRATIVE REMEDY**

Federal Bureau of Prisons

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

FCC-COMPLEX

From: MONTALBAN JOSE                # 11497-179            K-UNIT       USP-1,COLEMAN,FL.

_____
LAST NAME, FIRST, MIDDLE INITIAL              REG. NO.              UNIT              INSTITUTION

**Part A- INMATE REQUEST** " I,JOSE MONTALBAN,"REG,NO# 11497-179,'"I ENDURED SEVERE
PHYSICAL BEATING,AND I RECEIVED BY THE (USP-CANNAN,PA) CORRECTIONAL OFFICERS
ON THE DATE ON (DECEMBER/28/2012) ,"I SUSTAINED NUMEROUS "INJURIES" THAT NEVER
WERE TREATED AND I HAD DEVELOPED "SEIZURE'S", THAT CREATED MORE INJURIES TO MY
PERSON (BROKEN COLLAR BONE (TREATED UNTIL DEC/2014) (BROKEN WRIST/LEFT HAND,2015)
AFTER THESE BEATINGS BY STAFF THAT PRIOR TO I HAD NEVER HAD, "THE RELIEF I
REQUEST IS CLEARLY OUTLINED WHITHIN THE (BOP) THE ACUSATIONS STATED THEREIN ARE
I WANT THE RELIEF  I HAVE BEEN REQUESTING AS WELL AS ANY DISCIPLINARY ACTIONS
TAKE AGAINST THE STAFF MEMBER AND CORRECTIONAL OFFICER,MEDICAL PROVIDERS INVOLVED
AS PER POLICY OF (FBOP)  AT USP-CANNAN,PA"THESE STATEMENTS AND EVIDENCE WAS
ALL FABRICATED AGAINST ME, AND I AM IN THE PROCESS OF AN APPEAL AGAINST THIS
ACTS OF MISCONDUCT,BUT ALSO THE EXTREME PHYSICAL ABUSE AND PAIN I ENDURED BY THE
USP-CANNAN,PA, CORRECTIONAL OFFICERS AND STAFF MEMBER,AND MEDICAL PROVIDERS,"
"I AM ASKING FOR AT "RELIEF" I ASSERT THE COMPLAINT WRITTEN WHITIN  IT AND ASK
THAT YOUR OFFICE FOLLOW THROUGH AND AT ANSWER THE COMPLAINT RAISED THEREIN AND
ITS"RELIEF" AND GRANT IT ON ITS MERITS,,"        "" ATTACHED COPYS"
                              "THANK  YOU."

OCTOBER
~~NOVEMBER~~/20/2015
_____                              _____
DATE                                                 SIGNATURE OF REQUESTER

**Part B- RESPONSE**

_____                              _____
DATE                                                 WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**                       CASE NUMBER: _____

                                                     CASE NUMBER: _____

**Part C- RECEIPT**

Return to: _____
              LAST NAME, FIRST, MIDDLE INITIAL       REG. NO.       UNIT       INSTITUTION

## BASIS OF CLAIMS:

I WAS BEING TAKEN FROM THE STAFF OFFICE IN FOOD SERVICE TO THE
MEDICAL THESE SAME STAFF MEMBERS #13 IN TOTAL HAD CONTINUED TO PUNCH
AND KICKING ME ALONG THE ENTIRE WAY AFTER KEEPING ME INSIDE THE
KITCHEN AREA FOR AT FEW MINUTES WICH SEEMED  LIKE AN HOUR WHILE
EACH STAFF MEMBER TOOK TURNS ASSAULTING ME WITH THEIRS FISTS AND
WORK BOOTS.   ALONG THE WAY EACH EGRESS WE CAME ACROSS WHETHER IT
WAS A SOLID BARRED SECURITY GATE OR A STEEL DOOR THESE SAME STAFF
MEMBERS USED MY HEAD AS A MEANS TO OPEN EACH DOORWAY LIKE I WAS SOME
TYPE OF BATTERING RAM", I PASSED 5 STEEL DOOR AND #2 STEEL BARRED
SECURITY GATES,AND AS I STATED MY HEAD WAS USED AS AN TOOL TO PUSH
THEM OPEN.   AFTER I ARRIVED TO MEDICAL ,I WAS STRIPPED NAKED AND THE
(R.N.MS.BURGERHOLFF,PATRICIA)WIPED MY FACE CLEAN OF "BLOOD"PHYSICALLY
LOOKED AT MY NOSE,AND AS SHE WALKED AWAY STATED,.."THERE"s IS NOTHING
WRONG WITH YOU," AND WHEN SHE LEFT #7 OF THE #13 STAFF MEMBERS CAME
INTO THE INFERMARI ROOM  THEY STATED TO PUNCH,AND ONE POINT ONE STAFF
MEMBER WITH THE NAME OF "VERBYLA" AT ONE POINT HE HAD ME IN A HEAD-
-LOCK AND STARTED TO CHOKE OF MEOUT,WHILE "OFFICER MODROFF HELD ME
MY LEFT ARM SO I COULD NOT SCAPE OR MOVE,THE OTHER OFFICER "VRABELL"
HOLDING MY RIGHT ARM, SO I COULD NOT SCAPE OR MOVE, AT THIS POINT
 I BELIEVED THEY WERE GOING TO KILL ME,THEN ALL THE SUDEN I WAS TO
SLAMMED TO THE GROUND FLOOR WITH THE HEAD FIRST,AND THE OTHER STAFF
MEMBERS STARTED TO KICK ME,WHILE ANOTHER OFFICER IN BLUE UNIFORM,HIM
GRABBED MY HEAD AND STARTED POUNDING IN  ON THE FLOOR THREE TIMES,
AND PUNCHING MY FACE,RIGHT EYE, AND AFTER I WAS BEATED FOR A SHORT
TIME"LIKE IT ETERNITY", I CAN HEAR THE NURSE (R.N.BURGERHOLFF) RETURN
CAME INTO TEH ROOM  AND I COULD HEAR HER TELL THEM THE STAFF MEMBERS
"WHAT THEY DOING "AND, THEY ANSWER "OH HE FALL FROM THE TABLE EXAM".
AND SHE PASS FROM MY LEFT SIDE ON TEH GROUND FLOOR, I SAW BRIEFLY
"SHE WAS NOT HAPPY WITH THEIR ACTIONS,AND I SAW BRIEFLY SHE RIPPED
SOME FORMS,SHE HAD UP,(OF MYS ASSESMENTS OF MYS FIRST INJURIES) THEY
ASKING HER,IF SHE FINISHED WITH (PLAINTIFF INMATE MONTALBAN) SHE SAY
YES,REMOVED FROM HERE", I WAS SHORTLU TAKEN FROM MEDICAL TO THE (SHU)
WHERE TEH BEATING CONTINUED AND MY HEAD WAS USED AS A "DOOR RAM"UNTIL
I FINALLY PASSED OUT FROM THE "PAIN" OR WAS "KNOCKED OUT"UNCONSCIOUS"
** I HAD HAD MY THUMB BENT BACKWARDS(RIGHT HAND) POSSIBLE BROKEN)
MANY BRUISES AROUND MY ENTIRE BODY,ABRASSION ALL OVER MU BODY,AND HEAD
MY EYES BOTH WERE SWOLLEN SHUT DOWN, MYS BOTH KNEE'S WAS IN "PAIN"
TO PUT PRESSURE AT WALKING,I HAD A DIFFICULT TIME BREATHING THROUGH
MY NOSE,.MYS BOTH "JAWS", WAS SO SWOLLEN,"I COULD NOT EVEN BARELY OPEN
MY MOUTH,,* REGARDLESS,STAFF MEMBERS "REFUSED, TO BRING ME ANY FOOD
FOR OVER #10 DAYS,"STATING I REQUESTED A *FOOD STRIKE* WICH WAS A LIE
AND "IF IS IT WASN'T FOR MY CELLIE,I HAD PROVIDING ME ¼ OF HIS MEALS
"I WOULD NEVER HAVE BEEN FED,." EVERY DAY SOME STAFF MEMBER WOULD
KICKING THE CELL DOOR AND MAKE THE COMMENT," HE ISN'T DAED YET!! EACH
DAYS I FEARED I WOULD EITHER GET ANOTHER ATTACK OR WOULD DIE,FROM MYS
INJURIES,"NEWLY DEVELOPED "SEIZURE'S THAT WOULD "INCAPACITATE ME,AND
AT NO TIME DID MEDICAL DO ANYTHING TO ALLIVIATE ANY OF MYS PHYSICAL
PAIN OR AILMENTS, * A STANDARD "X-RAYS" WAS TAKEN SOME #12 DAYS LATER
AFTER TEH ASSAULT ON MY PERSON BY THE STAFF MEMBERS,." I SAT IN THE
(SHU) WITH BROKEN BONES,DISLOCATED THUBM,MANY CONTUSSIONS,AND INTERNAL
INJURIES,THAT WERE NEVER LOOKED INTO WHILE GIVEN "NO" MEDICATIONS AND
WELL TO HELP MINIMIZE MY"PAIN"..

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) | DATE: |
|---|---|
| Counselor+*McLEAN+ | October/20/2015 |
| FROM: Montalban Jose | REGISTER NO.: #11497-179 |
| WORK ASSIGNMENT: none | UNIT: B-unit |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.)

I send this request to you so *MCLEAN* for
at petition of a administrative Remedies, for
to started the grievance against staff members
at (USP-CANNAN, PA) for the Excessive force, Denied
Medical Atention, Assault & Battery, Retaliation,

thank you

10/20/15

(Do not write below this line)

DISPOSITION: Counselor McLean, pass me at (BP-9) for
to filing out Directly to the Warden Office !!!!
OCTOBER/20/2015  (15:45 pm)

*Northeast Regional Office*

*U.S. Custom House-7th Floor*
*2nd & Chestnut Streets*
*Philadelphia, PA 19106.*

**July 12, 2016.**

Jose Montalban, Reg. No. 11497-179
USP Coleman I
P.O. Box 1033
Coleman, FL 33521

RE:  Administrative Claim No. TRT-NER-2016-01879

Dear Mr. Montalban:

Your Administrative Claim No. TRT-NER-2016-01879, properly received on January 9, 2016, has been considered for settlement as provided by the Federal Tort Claims Act (FTCA), 28 U.S.C. § 2672, under authority delegated to me by 28 C.F.R. § 543.30. Damages are sought in the amount of $6,153,000.00 based on a personal injury claim.  Specifically, you allege you were assaulted by a Bureau of Prisons (BOP) staff member at USP Canaan on December, 28, 2012 and over the past 3 years have continued to suffer physical injuries resulting from the alleged assault.

An investigation shows on December 28, 2012, you assaulted a staff member at USP Canaan and were assessed for injury and treated by Health Services at USP Canaan. X-rays taken during your assessment revealed no mandibular fracture. Further evaluation by an Ear, Nose, and Throat Specialist on January 18, 2013 noted a potential orbital fracture, but no treatment was indicated. There is no evidence you complained of or experienced daily seizures. There is no evidence to suggest you suffered a compensable loss as the result of negligence on the part of any Bureau of Prisons employee.  Accordingly, your claim is denied.

If you are dissatisfied with this decision, you may bring an action against the United States in an appropriate United States District Court within six (6) months of the date of this letter.

Sincerely,

Michael D. Tafelski
Regional Counsel

cc:  Acting Warden, USP Canaan



U.S. POSTAGE PAID
$00.__
02 1P
0001126544   JUL
MAILED FROM ZIP CODE

#121

PHILADELPHIA,
PA

PM 5 L

7012 2210 0001 4156 8158

**U.S. Department of Justice**
**Federal Bureau of Prisons**
*Northeast Regional Office*

*U.S. Custom House - 7th Floor*
*2nd and Chestnut Street*
*Philadelphia, PA 19106*

**Official Business**



**U.S. Department of Justice**
Federal Bureau of Prisons
*Northeast Regional Office*

*U.S. Custom House-7th Floor*
*2nd & Chestnut Streets*
*Philadelphia, PA. 19106*

January 26, 2016

Jose Montalban, Reg. No. 11497-179
USP Coleman I
P.O.Box 1033
Coleman, FL  33521

Re:  Administrative Claim Received January 15, 2016
     Claim No. TRT-NER-2016-01879

Dear Mr. Montalban:

   This will acknowledge receipt of your administrative claim for an alleged loss of personal property or personal injury suffered at USP Canaan.

   Under the provisions of the applicable federal statutes, we have six months from the date of receipt to review, consider, and adjudicate your claim.

   All correspondence regarding this claim should be addressed to Federal Bureau of Prisons, Northeast Regional Office, Room 701, U.S. Custom House, 2nd & Chestnut Street, Philadelphia, Pennsylvania 19106.  If the circumstances surrounding this claim change in any fashion, you should contact this office immediately.  Also, should your address change, you should contact this office in writing accordingly.

                                   Sincerely,

                                   Michael D. Tafelski
                                   Regional Counsel

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: JANUARY 26, 2016

AG7 FROM: ADMINISTRATIVE REMEDY COORDINATOR
        NORTHEAST REGIONAL OFFICE

TO   : JOSE MONTALBAN, 11497-179
       COLEMAN I USP      UNT: A/B      QTR: B01-125L
       P.O. BOX 1023
       COLEMAN, FL 33521

FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID          : 849264-R1        REGIONAL APPEAL
DATE RECEIVED      : JANUARY 15, 2016
SUBJECT 1          : MEDICAL CARE - DELAY OR ACCESS TO
SUBJECT 2          :
INCIDENT RPT NO:

REJECT REASON 1: THE ISSUE YOU RAISED IS NOT SENSITIVE. HOWEVER,
                 WE RETAINED YOUR REQUEST/APPEAL ACCORDING TO
                 POLICY.  YOU SHOULD FILE A REQUEST OR APPEAL AT
                 THE APPROPRIATE LEVEL VIA REGULAR PROCEDURES.

REJECT REASON 2: YOU MUST FIRST FILE A BP-9 REQUEST THROUGH THE INSTITUTION
                 FOR THE WARDEN'S REVIEW AND RESPONSE BEFORE FILING AN APPEAL
                 AT THIS LEVEL.

REJECT REASON 3: SEE REMARKS.

REMARKS        : YOUR APPEAL SHOULD BE FILED TO THE REGIONAL OFFICE
                 WHERE YOU ARE CURRENTLY DESIGNATED. PLEASE RESUBMIT
                 YOUR APPEAL TO THE SOUTHEAST REGIONAL OFFICE.

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

**1. Submit to Appropriate Federal Agency:**
Federal Bureau of Prison Offices
for the Northeast Region
2nd & Chestnut streets
U.S. Customs House; 7th Floor
Philadelphia, PA 19106

**2. Name, address of claimant, and claimant's personal representative if any.** (See instructions on reverse). Number, Street, City, State and Zip code.
Mr. Jose Montalban
Register #: 11497-179
FCC; Coleman USP-1
P.O. Box 1033/Unit-B; Coleman, FL 33521

**3. TYPE OF EMPLOYMENT:** ☐ MILITARY ☒ CIVILIAN
**4. DATE OF BIRTH:** 11JUN1973
**5. MARITAL STATUS:** Married
**6. DATE AND DAY OF ACCIDENT:** 28DEC2012
**7. TIME (A.M. OR P.M.):** @7:30-45p.m

**8. BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)
On December 28, 2012, I was involved in a assault with a FBOP staff member at USP-Canaan. While I was being subdued by approximately 8-13 staff members initially I was punched, kicked and hit with blunt metal objects (security keys and a 2 holed hole punch) was used to inflict pain and injury to my body and head area while most of the assault was directed to my face and head area I was also hit all over my body and torso. (see attached for continuation)

**9. PROPERTY DAMAGE**
NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side). I suffer paralyzing seizures daily and have broken my arm bones and my clavicle. I sustained an orbital and skull fracture from the assault that has never been treated or have I been seen by any specialists.

**10. PERSONAL INJURY/WRONGFUL DEATH**
STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT. For over 3 years I have been walking around with an unknown neurological problem, broken bones in my skull and am in constant pain and fear of serious possible undiagnosed brain damage that has never been tested by CT-Scan or MRIs to do exploratory radiological tests for a specialist to review, diagnose and receive treatment for (see Attached 2)

**11. WITNESSES**
| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| | |

**12.** (See instructions on reverse). **AMOUNT OF CLAIM** (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| punitive: $250,000.00/per Assaulting staff membr | compensatory: 250,000.00/per assaulting staff membr | nominal: $1.00-1,000.00 | $6,500,00.00-6,513,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

**13a. SIGNATURE OF CLAIMANT** (See instructions on reverse side). Without Prejudice; All Rights reserved 01-04-16
**13b. PHONE NUMBER OF PERSON SIGNING FORM:** N/A
**14. DATE OF SIGNATURE:** 04JAN2016

**CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM**
The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729).

**CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS**
Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.)

Authorized for Local Reproduction
Previous Edition is not Usable
5-109
NSN 7540-00-634-4046
STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

Line #8: Basis for Claim:

As I was being taken from the Staff office in Food Service to Medical these same staff members @13 in total had continued to punch and kick me along the entire way after keeping me inside the kitchen area for a few minutes which seemed like an hour while each staff member took turn assaulting me with their fists and boots. Along the way each egress we came across whether it was a solid barred security gate or a steel door these same staff members used my head as a means to open each doorway like I was some type of battering ram. I passed 5 steel doors and 2 steel barred security gates, and as I stated my head was used as an tool to push them open. After I arrived to Medical I was stripped naked and the RN Ms. Burgerhoff, Patricia wiped my face clean of blood physically looked at my nose and as she walked away stated, "...there's nothing wrong with you..." and when she left 7 of the 13 staff members came into the room and started to punch me and at one point one had placed me in a head-lock and started to choke me out, the Officer's name was Mr. Vrabella while Officer Modrow held both my arms so I could not escape or move. At this point I believed they were going to kill me, then all of a sudden I was slammed to the ground and started to kick me while another officer grabbed my head and started pounding it on the floor. After I was beated for a short while RN Burgerhoff came into the room and I could hear her tell the officers what were they doing and I saw briefly she had ripped some forms she had up and while doing that the officers stated, " oh he fell.." Rn Burgerhoff's voice showed she was not happy with their actions and I was shortly taken from Medical to SHU where the beatings continued and my head used as a door ram until I finally passed out from the pain or was knocked unconscious. I had had my thumb bent backward and broken, many bruises and abrasions all over my body and head, my eyes were swollen shut and I physically could NOT open them for over 14 days, I hard a difficult time breathing through my nose, my jaw was so swollen I could not even eat for I could barely open my mouth. Regardless, staff refused to bring me any food for over ten days stating I requested a Food Strike which was a lie and if it wasn't for the cellie I had providing me ½ of his meals I would never have been fed. Every day some staff member would kick the cell door and make the comment "he isn't dead yet!" Each day I feared I would either get another attack or would die from my injuries, newly developed seizures that would incapacitate me and at no time did medical do anything

to alleviate any of my physical pains or ailments.  A standard X-ray was taken some 12 days after the assault on my persons.  I sat in SHU  with broken bones, dislocated thumb, many contusions and internal injuries that were never looked into while given NO meds as well to help minimize my pain.

Dated: January 4, 2016

Respectfully submitted,

Without Prejudice all right reserved
Mr. Jose Montalban

Line 10: ...Nature and extent of each injury:

...to come to an absolution and resolution of my medical needs as deemed medically necessary by qualified and certified specialists. My pain and suffering caused by these known and unknown USP Canaan staff members clearly constitutes clear and unknown USP actions against my person to be cruel and unusual and beyond the grounds and policy dictated by FBOP in controling a conflict. The fact that these staff members were immediately taken to an outside hospital the same evening as the assault to be treated for their injuries (lacerations to Officer Wisniewski's face & a jammed pinkie finger on Officer Brennen) while I still am waiting to have exploratory tests performed to diagnose the extent of my injuries and that my broken and fractured bones are now by this point set where they lay broken will have to be re-broken and re-set in their natural formation. Well, I pray they can be repaired after such a long period of time. I fear that I will never be normal physically or mentally ever again due to this event. I'm afraid that if what-ever is causing me to have these seizures that leave me incapacitated and vulnerable as they have already caused me more bodily damage then what was done initially by these staff members that I never had prior to December 28, 2012, that I will no longer be able to ever perform normally in the outside world upon release. Also, the fact I have taken so long to process this Tort Claim is due to staff's intentional destruction of my personal property I have had accrued in the prior ten years and all my legal paperwork from my Trial has been also lost or damaged. I have come to USP-Coleman #1 with absolutely no property and legal work which I had with me at the Lackawanna County Jail and was packed out when I had been sent back to USP-Canaan and was never seen again. I've tried for the past two plus years trying to get my property and legal materials all to no avail and I have had to use other inmates to assist me in getting any/or all necessary paperwork to file grievances, Torts, Court and attorney's request for assistance I have been either told by staff I should STOP all/or any attempts I may try to get back into court or any other form of relief I need. This is also a violation of my Due Process Clause and my right to my property.

Dated: January 4, 2016

Respectfully submitted,

Mr. Jose Montalban  *without prejudice all rights reserved*

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

A. Signature
X J.B.   □ Agent   □ Addressee

B. Received by (Printed Name)   C. Date of Delivery
J. B.

D. Is delivery address different from item 1?   □ Yes
   If YES, enter delivery address below:   ☒ No

1. Article Addressed to:

Federal Bureau of Prisons
Northeast Regional office
ADMIN. Remedy Dept.
2nd a Chestnut Streets
U.S. Custom House, 7th Floor
Philadelphia, PA 19106

3. Service Type
   ☒ Certified Mail   □ Express Mail
   □ Registered   □ Return Receipt for Merchandise
   □ Insured Mail   □ C.O.D.

4. Restricted Delivery? (Extra Fee)   □ Yes

2. Article Number
   (Transfer from service label)
   7015 0640 0006 2886 0638

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X J.B.

B. Received by (Printed Name)
J. B.

D. Is delivery address different from item 1?   □ Yes
   If YES, enter delivery address below:   ☒ No

1. Article Addressed to:

Federal Bureau of Prisons
Northeast Regional offices
Fort Union Department
2nd a Chestnut Streets
U.S. Custom House, 7th Floor
Philadelphia, PA 19106

3. Service Type
   ☒ Certified Mail   □ Express Mail
   □ Registered   □ Return Receipt
   □ Insured Mail   □ C.O.D.

4. Restricted Delivery? (Extra Fee)

2. Article Number
   (Transfer from service label)
   7015 0640 0006 2886 2886

PS Form 3811, February 2004   Domestic Return Receipt

---

U.S. Department of Justice
Federal Bureau of Prisons
Northeast Regional Office

U.S. Custom House - 7th Floor
2nd and Chestnut Street
Philadelphia, PA 19106

Official Business

---

U.S. OFFICIAL MAIL
PENALTY FOR
PRIVATE USE $300
PITNEY BOWES
02 1P   $ 000.485
0001126544   JAN 22 2016
MAILED FROM ZIP CODE 19106

PHILADELPHIA
PA 191
25 JAN '15
PM 5 L

3352110232 3

FROM:   ADMINISTRATIVE REMEDY COORDINATOR
        NORTHEAST REGIONAL OFFICE

TO  :   JOSE MONTALBAN, 11497-179
        COLEMAN I USP   UNT: A/B   QTR: B01-125L
        P.O. BOX 1023
        COLEMAN, FL 33521

# ATTACHMENT

Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-DIR-9 and BP-DIR-10, including any attachments must be submitted with this appeal.

| From: Montalban, Jose | 11497-179 | Unit-H | FCC Coleman USP |
|---|---|---|---|
| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A—REASON FOR APPEAL**

On January 4, 2016, I filed a "Sensitive BP-10" with both the North and Southeast Regional Offices. These grievances were pertaining to my personal and legal property and staff's deliberate indifference and their acts of retaliation in attempting to request them. These acts are in reprisal to an assault I had with a FBOP staff member at USP Canaan, where I was found guilty of in the U.S. District court and I was also enhanced of these charges for utilizing a weapon that was NEVER used nor in my possession, but this was stated and used in my conviction in court. These statements and evidence was all fabricated against me and I am in the process of an appeal against this act of misconduct, but also the extreme physical abuse and pain I endured by USP Canaan's staff immediately after the incident had occured on December 28, 2012, where I am still dealing with the abuse and reprisal from FBOP staff. I have not had any response to the Regional complaints as of the writing of this appeal and as per Policy my none response is to be a denial of said grievance. I am asking for the same relief as outlined within the BP-10 and an attached copy is attached hereto and I assert the complaint written within it and ask that your office follow through and answer the complaint raised therein and its relief and grant it on its merits.

April 15, 2016
DATE                                                SIGNATURE OF REQUESTER 4/15/16

**Part B—RESPONSE**

U.S. Postal Service™
CERTIFIED MAIL RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Sent To  Central Office General Counsel
Street and Apt. No., or PO Box No. #320 First St. NW
City, State, ZIP+4  WASHINGTON D.C. 20534

RECEIVED APR 18 2016

Postmark Here

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions

7015 3010 0000 0486 3370

| DATE | GENERAL COUNSEL |
|---|---|

ORIGINAL: RETURN TO INMATE          CASE NUMBER: _____

**Part C—RECEIPT**

CASE NUMBER: _____

Return to: _____

| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |
|---|---|---|---|

SUBJECT: _____

DATE          SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL          BP-231(13)

Federal Bureau of Prisons        *** SITIVE REMEDY***SENSITIVE REMEDY*

**Regional Administrative Remedy Appeal**
NORTHEAST
SOUTHEAST

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-DIR-9 including any attachments must be submitted with this appeal.

From: Montalban, Jose | 11497-179 | Unit-B | FCC; Coleman USP
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

**Part A—REASON FOR APPEAL**  On December 28, 2012, Mr. Montalban has been placed in SHU, sent to Lackawana County Jail for charges against him for Assault on an Officer w/ a Dangerous Wea where he was sentenced (even though he contends he never had a weapon, but did assault the officer in fact hence the reasoning he is sending in this BP-10) and subsequently sent back to USP Canaan where he was in possession of all his legal documents at Lackawana County Jail that he did observe the Jail official turn over to the U.S. Marshals to be delivered back with Mr. Montalban on his return to USP Canaan.  Upon his arrival to USP Canaan than shortly there after transferred to USP-1 Coleman did Mr. Montalban in fact been notified that he was in receipt of NO PERSONAL, LEGAL OR OTHER PROPERTY upon his arrival to USP-1 Coleman and since his arrival to USP-1 Coleman circa July 2014, Mr. Montalban has written numerous Cop-Outs to his Unit Team whom contacted the U.S. Marshals and USP Canaan as well as wrote his Sentencing Judge of his Assault charge asking to intercede on this matter (Judge's response stated he cannot assist on internal [FBOP] matters nor do they have any of his possessions, that Mr. Montalban must resolve his problems with his property with the FBOP...) all to no avail as of the date of this grievance. Mr. Montalban has been incarcerated for over 9 years prior to his recent charges and has most assuredly accumulated personal property, family correspondence, commissary food items, etc. (see attached commissary receipts) as well as legal materials from his original criminal conviction, yet he is transferred with NOTHING.

01-04-16
DATE                                          SIGNATURE OF REQUESTER

**Part B—RESPONSE**

DATE                                          REGIONAL DIRECTOR

Dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar s of the date of this response.

ORIGINAL: RETURN TO INMATE                    CASE NUMBER: _____

Part C—RECEIPT                                CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

SUBJECT: _____

***SENSITIVE REMEDY***SENSITIVE REMEDY*** SOUTHEAST/NORTHEAST

Mr. Montalban has since the writing of this grievance sent a Motion for an Temporary Injunction with the Middle District Court of Florida to further inhibit staff's reprisals and retaliation against his person. As well as the intentional interference of his personal and legal property to which Mr. Montalban has tried numerous times in writing to the U.S. Marshals, USP Canaan's staff, the Third Circuit Court and USP-1 Coleman's staff all to no avail. These intentional acts have purposefully stopped Mr. Montalban in filing his timely appeals with the Third Circuit Courts against his recent criminal conviction where staff planted, fabricated and with-held evidence that would prove Mr. Montalban in deed never possessed any weapon in his assault against Mr. Wisniewski.

This is a clear and obvious violation of my Due Process Clause rights, my First Amendment right to be free to speak and be able to have access to my family, as well as being able to contact the courts and attorneys for my legal needs, and my Fifth and Fourteenth Amendment rights to not be deprived of liberty and property, etc..

I request that FBOP staff no longer retaliate against me for using my Constitutional right to have un-impeded access to the courts and my legal materials and to no longer with-hold my personal or legal mail that is not considered contraband or considered in violation of FBOP Policy, and if it is impeded that I will have proper written notice given to me stating the reasons as to why and returned to either myself or the sender immediately upon denial so any errors can be corrected or fixed.

I also ask that I will not be transferred from the facility until I have exhausted all my court filings and have been ordered or denied any/or all Motions filed with the courts or Department of Justice and FBOP.

This grievance has been duplicated and sent to each Regional Office in the Southeast & Northeast Regions since I am unsure who may be the responsible party to my complaint since the majority of my issues are from USP Canaan in the Northeast Region and I am now residing in the Southeast Region at USP-1 Coleman. I request that each Administrative Remedy's Legal Counsel for each Region work together on some type of resolution or assign which office will be culpable for the response to my complaint and notify me of who and what Office I will be responding to and replying in the future.

Dated: 01-04-16

Respectfully submitted,

01/04/2016

Mr. Jose Montalban
Register #: 11497-179
FCC; Coleman USP-1
P.O. Box 1033/Unit-B
Coleman, Florida 33521-1033

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Federal Bureau of Prisons
Southeast Regional Office
ASHELI, Remedy Department
3800 Camp Creek Pkwy,
AHANTA, GA 30331

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _[signature]_                          ☐ Agent
                                         ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery
R. T. ROYIN                       1/5/16
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ■ No

3. Service Type
   ■ Certified Mail      ☐ Express Mail
   ■ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)          ☐ Yes

2. Article Number
   (Transfer from service label)    7015 0640 0006 2886 0621

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-15

---

UNITED STATES POSTAL SERVICE
GA 301
15 JAN '25
PM 15 1

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Jose Montalban
Register #: 11497-179
FCC: Coleman USP-1
P. O. Box 1033/Unit-B
Coleman, Florida 33521-1033

Ⓑ

21103333    [barcode]    (125)

BP-A0148
JUNE 10                    **INMATE REQUEST TO STAFF** CDFRM

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO: (Name and Title of Staff Member) COUNSELOR: McCLAIN | DATE: 11/04/2015 |
|---|---|
| FROM: MONTALBAN JOSE | REGISTER NO.: #11497-170 |
| WORK ASSIGNMENT: UNIT ORDERLY | UNIT: B |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.

Sir, Can you please Inform me of The status of my
Legal Documents That was Lost By U.S. Marshall Service
of Pennsylvania. When I was Taken from The county Jail
To U.S.P Cannan. CAN you please Also Notify me of The
Name of The U.S. Marshall Agent who Has called you
In Reference To The Request of my Legal Documents.
This Request Is Being Made In Conjunction with The
filing of my B.P.8 and B.P.9 which I Have Already submitted
Please I will Like To Know who from The U.S. Marshall's office Has
Contacted you In regards <sub>(Do not write below this line)</sub> To This Matter

DISPOSITION:

I was Contacted by the U.S. Marshals Service on 11/4/15
regarding a letter you sent to them pertaining to your legal
work. They investigated your claim that they transported you from
a local facility back to USP Canaan. You were on their manifest the
day that you stated. You were transported with your legal work
to USP Canaan. They do not have your legal work and will not respond
to your letter for information because they don't have any to give you

| Signature Staff Member | Date 11/5/15 |
|---|---|

Record Copy - File; Copy - Inmate

PDF

Prescribed by P5511

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94



**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF PENNSYLVANIA
WILLIAM J. NEALON FEDERAL BLDG. & U.S. COURTHOUSE
235 N. WASHINGTON AVENUE
P.O. BOX 914
SCRANTON, PA 18501-0914

MALACHY E. MANNION
UNITED STATES DISTRICT JUDGE

(570) 207-5760
(570) 207-5769 (FAX)
JUDGE.MANNION@PAMD.USCOURTS.GOV

October 21, 2015

Mr. Jose Montalban
11497-179
USP Coleman
P.O. Box 1033
Coleman, FL   33521

Dear Mr. Montalban,

I have received your letter dated October 9, 2015 concerning your legal papers. The court records do not include the information you have requested. I am therefore forwarding a copy of your letter to the United States Marshal's Service for their consideration. You can reach the U.S. Marshal's at the William J. Nealon Federal Building and U.S. Courthouse, 235 North Washington Avenue, 2nd Floor, Scranton, PA 18501.

Very truly yours,

Malachy E. Mannion
U.S. District Judge

MEM/bhs

O:\Mannion\shared\letters\PRISONER\montalban.wpd

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: NOVEMBER 6, 2015

FROM: ADMINISTRATIVE REMEDY COORDINATOR
COLEMAN I USP

TO  : JOSE MONTALBAN, 11497-179
COLEMAN I USP      UNT: A/B
P.O. BOX 1023              QTR: B01-125L
COLEMAN,  FL 33521

FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID        : 840409-F2        ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED    : NOVEMBER 5, 2015
SUBJECT 1        : PERSONAL LEGAL MATERIALS AND LAW BOOKS
SUBJECT 2        :
INCIDENT RPT NO:

REJECT REASON 1: YOUR REQUEST IS UNTIMELY.  INSTITUTION AND CCC REQUESTS
                 (BP-09) MUST BE RECEIVED W/20 DAYS OF THE EVENT COMPLAINED
                 ABOUT.

REJECT REASON 2: SEE REMARKS.

REMARKS          : THE INCIDENT YOU REFERENCE OCCURRED 7/2014; YOU HAD
                   TWENTY DAYS TO FILE YOUR REQUEST THROUGH THE
                   ADMINISTRATIVE REMEDY PROCESS.

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: MONTALBAN JOSE #11497-179 "B" FCC-COLEMAN

LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

**Part A- INMATE REQUEST**   I SEND THIS REQUEST TO YOU MAM OR SIR (WARDEN), THIS IS ABOUT MY PROPERTY, (LEGAL DOCUMENTS FROM U.S. COURT), I REQUEST TO MY COUNSELOR (B-UNIT) SINCE I ARRIVE IN THIS UNIT, I WAS CONCERNED ABOUT MY PROPERTY, HOW I CAN START MY APPEAL, FROM MY CASE (3:CR:13-0001) IF I DON'T HAVE MY PROPERTY... I HAVE THE CONSTITUTIONAL RIGHT TO HAVE ACCESS TO THE COURT (FEDERAL OR STATE)... (TWO) U.S. MARSHALL, TRANSPORT ME FROM (LACKAWANNA COUNTY JAIL), (SCRANTON, PA.) TO: USP-CANNAN, WITH MY LEGAL DOCUME

11/02/2015             11/02/2015     july/20

DATE                                  SIGNATURE OF REQUESTER

**Part B- RESPONSE**

DATE                                    WARDEN OR REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.

**FIRST COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE**     CASE NUMBER: _____

CASE NUMBER: _____

**Part C- RECEIPT**

Return to: _____

         LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

SUBJECT: _____

DATE

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: OCTOBER 28, 2015


FROM: ADMINISTRATIVE REMEDY COORDINATOR
      COLEMAN I USP

TO  : JOSE MONTALBAN, 11497-179
      COLEMAN I USP    UNT: A/B    QTR: B01-125L
      P.O. BOX 1023
      COLEMAN,  FL 33521


FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID          ████████        ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED   : OCTOBER 26, 2015
SUBJECT 1       : PERSONAL LEGAL MATERIALS AND LAW BOOKS
SUBJECT 2       : OTHER MEDICAL MATTERS
INCIDENT RPT NO:

REJECT REASON 1: YOU RAISE MORE THAN ONE ISSUE/RELATED ISSUE OR APPEAL MORE
                 THAN ONE INCIDENT REPORT (INCIDENT NUMBER).   YOU MUST
                 FILE A SEPARATE REQUEST/APPEAL FOR EACH UNRELATED ISSUE
                 OR INCIDENT REPORT YOU WANT ADDRESSED.

REJECT REASON 2: YOU MUST PROVIDE MORE SPECIFIC INFORMATION (E.G. CASE NO.)
                 ABOUT YOUR REQUEST/APPEAL SO THAT IT MAY BE CONSIDERED.

REJECT REASON 3: YOU MAY RESUBMIT YOUR REQUEST IN PROPER FORM WITHIN
                 5 DAYS OF THE DATE OF THIS REJECTION NOTICE.

DEPARTMENT OF JUSTICE                                    REQUEST FOR ADMINISTRATIVE REMEDY
Federal Bureau of Prisons

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

**From:** MONTALBAN JOSE  #11497-179  "B"  FCC. COLEMAN  USP.①

| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A- INMATE REQUEST**

I SEND THIS REQUEST TO YOU MOM OR SR.
(WARDEN). THIS IS ABOUT MY PROPERTY, LEGAL DOCUMENTS
FROM MY CASE (U.S. COURT).
        I REQUEST TO MY COUNSELOR (B-UNIT) SINCE
I ARRIVED IN THIS UNIT, I WAS CONCERNED ABOUT
MY PROPERTY, HOW I START MY APPEAL, FROM MY CASE
IF I DON'T HAVE MY PROPERTY.
        I SUFFER AT INJURY IN MY LEFT CLAVICULE
(LEFT SHOULDER) 7/22/2014.

10/23/2015
_____
DATE

10/23/2015
_____
SIGNATURE OF REQUESTER

**Part B- RESPONSE**

_____
DATE

_____
WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE                          CASE NUMBER: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

                                                    CASE NUMBER: _____

**Part C- RECEIPT**

Return to: _____
            LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

SUBJECT: _____

_____
DATE

_____
RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN

BP-229(13)
APRIL 1982

# INFORMAL RESOLUTION FORM

NOTICE TO INMATE: Bureau of Prisons Program Statement 1330.13 requires that except as provided in 542.13(b) an inmate shall first present an issue of concern informally to staff and staff shall informally attempt to resolve the issue prior to submitting a BP-9.

INSTRUCTIONS:  Counselors will complete and attach this form to each Request for Administrative Remedy Form (BP-9) submitted, if not informally resolved.

MONTALBAN JOSE #11497-179        "B"        _(signature)_ 10/23/15

Inmate Name          Register No.          Quarters/Unit          Inmate Signature

1.    Specific complaint (one 8 ½ x 11" continuation page may be attached): Did you received a response from (USP. CANNAN) pertaining for my property? they're had my property since 2014 (legal property)

2.    What efforts have been made by the inmate to resolve the complaint informally?  To whom has the inmate spoken? COUNSELOR McCLAIN "B" UNIT

3.    What action does the inmate wish to be taken to correct the issue? RECOVER MY PROPERTY "LEGAL DOCUMENT" FROM THE U.S. COURT

Correctional Counselor's Comments (including actual steps taken to resolve): I have attempted to locate property for you at U.S.P. Canaan on Numerous occasions at your request. The Staff there say that they do not have property there for you

_(signature)_          10/23/15          Staff Circle One:

Correctional Counselor Signature          Date

                                          Informally Resolved          Not Informally Resolved

Unit Manager's Review:

_(signature)_          10/23/15

Unit Manager Signature          Date

Distribution by Correctional Counselor:

1. If complaint is informally resolved, forward original to Administrative Remedy Clerk for filing.

2. If complaint is not informally resolved, attach original to BP-9 Form and forward to Administrative Remedy Clerk for processing:

|  | INF. RESOLUTION FORM ISSUED INMATE | INF. RESOLUTION FORM RETURNED TO COUNSELOR | BP-9 ISSUED TO INMATE | BP-9 RETURNED TO COUNSELOR | BP-9 DELIVERED TO ADMIN. REMEDY CLERK TO |
|---|---|---|---|---|---|
| Date: | 10/23/15 | 10/23/15 | | | |
| Time: | 1030 | 11:00 | | | |
| Counselor: | M.M | _(signature)_ | | | |

Case 3:16-cv-00405-WTH-PRL   Document 75-1   Filed 08/07/17   Page 20 of 25 PageID 1089

**INMATE REQUEST TO STAFF** CDFRM

BP-A0148
JUNE 10

**U.S. DEPARTMENT OF JUSTICE**

**FEDERAL BUREAU OF PRISONS**

| TO: (Name and Title of Staff Member) | DATE: 10/22/2015 |
|---|---|
| Counselor McLean | |
| FROM: MONTALBAN JOSE | REGISTER NO.: # 11497-179 |
| | UNIT: B |
| WORK ASSIGNMENT: NONE | |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

Did you receive a response from USP Cannan pertaining to my property? They've had my property since 2014. Thank You

10/22/2015

(Do not write below this line)

DISPOSITION:

I have attempted to locate the legal property that you claim was left at U.S.P Canaan when you transferred. According to the staff there, R&D, SHU, and Unit team; there is no property there.

| Signature Staff Member | Date 10/23/15 |
|---|---|

Record Copy - File; Copy - Inmate
PDF

Prescribed by P5511

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

**SECTION 6**

FILE IN SECTION 6 UNLESS APPROPRIATE FOR Privacy FOLDER

BP-A383.058
SEP 05

**INMATE PERSONAL PROPERTY RECORD** CDFRM

**U.S. DEPARTMENT OF JUSTICE**

**FEDERAL BUREAU OF PRISONS**

| Institution: COP | 1. Name: Montalbon Jose. |
| 2. Register No: 11497-179 | 3. Unit: | 4. Date & Time of Inventory: 7/15/14 4:00 p |

**5. Purpose of Inventory** (Check one that applies): Date and Time of Action: 7/15/14 4:00 p

| a. ___ Admission | b. ___ Hospital | c. ___ Writ | d. ✓ Transfer | e. ___ Detention |
| f. ___ Release | g. ___ Incoming Package | h. ___ Other (specify) ___ | | |

**6. Disposition (Disp.)**
D-Donated          M-Mail          S-Storage
K-Keep in Possession
C-Contraband (Attach BP-S102)

**7. Type of Property:**

| a. Personally Owned Items | | | b. Nylons, etc. | | | | d. Food/Tobacco Items | |
|---|---|---|---|---|---|---|---|---|
| # Article | Disp. | | # Article | Disp. | | # Article | Disp. | |
| ___ Batteries | | | ___ Plastic spoon, cup | | | ___ Dental Floss | | ___ Chewing tobacco | |
| ___ Belt | | | ___ Playing Cards | | | ___ Dentures | | ___ Snuff | |
| ___ Billfold | | | ___ Purse | | | ___ Deodorant | | ___ Coffeecake | |
| ___ Books, Reading | | | ___ Radio (w/earplug) | | | ___ Hair oil | | ___ Cold drink mix, soda | |
| ___ hard ___ soft | | | ___ Religious Medal | | | ___ Noxzema | | ___ Fruit | |
| ___ Books, Religious | | | ___ Ring | | | ___ Powder | | ___ Honey, Hi-protein | |
| ___ hard ___ Soft | | | ___ Shirt/Blouse | | | ___ Razor | | ___ Instant chocolate | |
| ___ Brassiere | | | ___ Shoes | | | ___ Shampoo | | ___ Instant coffee | |
| ___ Cap, Hat | | | ___ Shoes, shower | | | ___ Shaving lotion | | | |
| ___ Coat | | | ___ Shoes, slippers | | | ___ Skin lotion | | | |
| ___ Coins | | | ___ Shoes, Tennis | | | ___ Soap dish | | | |
| ___ Comb | | | ___ Shorts | | | ___ Toothbrush | | | |
| ___ Combination Lock | | | ___ Skirt | | | ___ Toothpaste | | | |
| ___ Dress | | | ___ Slip | | | | | | |
| ___ Driver's License | | | ___ Social Security Card | | | | | | |
| ___ Earplugs | | | ___ Socks | | | | | | |
| ___ Eyeglass case | | | ___ Socks, Athletic | | | | | | |
| ___ Eyeglasses | | | ___ Stamps | | | | | | |
| ___ Gloves | | | ___ Stockings | | | c. Miscellaneous (List any damaged property and from where it was received; e.g. U.S. Marshal) | | |
| ___ Hairbrush/Pick | | | ___ Sunglasses | | | | | | |
| ___ Handkerchief | | | ___ Sweater | | | | | | |
| ___ Jacket | | | ___ Sweatpant | | | | | | |
| ___ Jogging Suit | | | ___ Sweat Shirt | | | | | | |
| ___ Legal Material | | | ___ Trophy | | | c. Hobby craft | | | |
| ___ Letters | | | ___ T-Shirt | | | # Article | Disp. | | |
| ___ Magazines | | | ___ Underwear | | | | | | |
| ___ Mirror | | | ___ Watch/Watchband | | | | | | |
| ___ Nail Clippers | | | | | | | | | |
| ___ Pant/Slacks | | | | | | | | | |
| ___ Pen/Ballpoint | | | | | | | | | |
| ___ Pencils | | | | | | | | | |
| ___ Personal Papers | | | | | | | | | |
| ___ Photo Album | | | | | | | | | |
| ___ Photo | | | | | | | | | |

**8. Items Allowed by Inmate to Have Value Over $100.00**

| Description of Property | | Valid & Listed by Inmate |
|---|---|---|
| | | |
| | | |

No individual item over $100.00

**9. Article(s) listed as "Mail" (M) Are to be forwarded to (Name and Address of Consignee):**

10. **Claim Release: a.** The receiving officer, as soon after receipt of the property as possible, will review the inventory with the inmate to verify it's accuracy. Property that is stored, kept in possession of the inmate, mailed out of the institution, or donated is to be marked in the appropriate section of this inventory form. The receiving officer certifies receipt, review and disposition of the property by signing below. The inmate by signing below certifies the accuracy of the inventory, except as noted on the form, relinquishing of all claim to articles listed as donated; receipt of all allowable items, and receipt of a copy of the inventory. When the inmate claims a discrepancy in the inventory, the receiving officer shall attempt to resolve the discrepancy. If the inmate states that there is missing or damaged property, this information should be noted under COMMENTS.

**COMMENTS:**

Printed Name/Signature of Receiving Officer: _____  Date: 7/15/14  Time: 4:00 p

I have today reviewed the property returned to me.

Signature of Inmate   Register #   Date   Time
11497-179   7/15/14

b. Upon release of the inmate from the unit, detention, etc., the releasing officer is to give the inmate that property stored as a result of the inmate's housing. The inmate certifies release of the property, except as noted on this form, and receipt of a copy of the inventory by signing below. When the inmate claims a discrepancy in the inventory, the releasing officer shall attempt to resolve the discrepancy. If the inmate states that there is missing or damaged property, this information shall be noted under COMMENTS.

**COMMENTS:**

Printed Name/Signature of Receiving Officer: _____  Date: ___  Time: ___

___ returned the property returned to me.

Register #   Date   Time

⇔11497-179⇔
Jose Montelban
P.O.Box 1033/K-Unit
Usp-1 Federalcorrectionalcomplex
Coleman, FL 33521
United States



RECEIVED
SCRANTON

FEB 05 2018

PER_____ DEPUTY CLERK




U.S. POSTAGE
PAID
COLEMAN, FL
33521
JAN 30, 18
AMOUNT
**$0.00**
R2305H130354-09

1000       18501

OFFICE OF CLERK
⇔11497-179⇔
United S Corthouse
Williamjnealcn/Fed.Biuld.
235 N Washington AVE
U.S.Courthouse/P.O.Box114B
Scranton, PA 18501
United States

LEGAL MAIL

CERTIFIED MAIL

70 0001 1315 2707