# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSÉ MONTALBAN, | : | No. 1:17cv212 |
| Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| MR. POWEL, et al., | : | |
| Defendants | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

**AND NOW**, to wit, this 15th day of **January 2019**, upon consideration of the Defendants' motion for summary judgment (Doc. 44) pursuant to Federal Rule of Civil Procedure 56, and for the reasons set forth in the Court's Memorandum of the same date, it is hereby **ORDERED** that:

1. Defendants' motion (Doc. 44) for summary judgment is **GRANTED**.

2. The Clerk of Court is directed to **ENTER** judgment in favor of Defendants Brennan, Wisniewski, Pedone, Powell, Verbyla, Moddruff, Vrabel, Glossenger, Snee, Burgenhoff, Dobushak, Cook, Gintz, Johanson, Mazza, Tuttle, Kabonick and Schultz and against Montalban.

3. The Clerk of Court is directed to **CLOSE** this case.

                                            **BY THE COURT:**

                                            **s/James M. Munley**
                                            **JUDGE JAMES M. MUNLEY**
                                            **United States District Court**