AO 450 (Rev1/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
## MIDDLE DISTRICT OF PENNSYLVANIA

JOSE MONTALBAN,                                     1:17CV212

                                                    (Judge Munley)

      Plaintiff
      v.

MR. POWELL, et al.
      Defendants

## JUDGMENT IN A CIVIL ACTION

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict on _____

[X] **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

    Summary Judgment be and is hereby entered in favor of the Defendants, Brennan, Wisniewski, Pedone, Powell, Verbyla, Moddruff, Vrabel, Glossenger, Snee, Burgenhoff, Dobushak, Cook, Gintz, Johanson, Mazza, Tuttle, Kabonick, and Schultz, and against the Plaintiff, Jose Montalban.

                                          PETER J. WELSH
                                          Acting Clerk of Court

<u>Jsnuary 15, 2019</u>
Date

                                          Deputy Clerk