# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| JOSÉ MONTALBAN, | : | No. 1:17cv212 |
| --- | --- | --- |
| Plaintiff | : | (Judge Munley) |
| v. | : | |
| MR. POWEL, et al., | : | |
| Defendants | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

# O R D E R

**AND NOW**, to wit, this **14th** day of **January 2020**, upon consideration of Montalban's motion for reconsideration (Doc. 72), and for the reasons set forth in the Court's Memorandum of the same date, it is hereby **ORDERED** that:

1. Montalban's motion for reconsideration (Doc. 72) is **DENIED**.

2. Montalban's motions for leave to proceed in forma pauperis on appeal (Docs. 77 and 80) are **DENIED** as moot.

3. Montalban's motion for clarification (Doc. 81) is **DENIED** as moot.

4. Montalban's motions to supplement his exhibits in support of his motion for reconsideration (Docs. 83, 86, 89, 93, 95 and 97) are **GRANTED**.

          **BY THE COURT:**

          **s/James M. Munley**
          **JUDGE JAMES M. MUNLEY**
          **United States District Court**